# EXHIBIT B

# TRADEMARK ASSIGNMENT AGREEMENT

This Assignment Agreement effective January 20, 2022 is made by and between:

**A CORP.,** a Massachusetts stock corporation, having a principal office address located at 268 Rangeway Road, P.O. Box 290, North Billerica, MA 01862 (the "Assignor"); AND

**ROOTERMAN, LLC**, a Delaware limited liability company, having a principal office address located at 126 Garrett Street, Suite J, Charlottesville, Virginia 22902 (the "Assignee").

The Assignor and the Assignee are hereinafter referred to, individually, as "Party" and collectively, as "Parties".

WHEREAS, the Assignor is the proprietor and beneficial owner of the trademarks (the "Trademarks") of which the particulars are set forth as follows and in <u>Exhibit A</u> hereto:

"ROOTER-MAN"
Registration Date: September 3, 1991
Registration No.: 1,655,782



"A ROOTER-MAN TO THE RESCUE"
Registration Date: August 20, 1991
Registration No.: 1,654,512



"ROTOR-MAN"
Registration Date: August 2, 1991
Registration No.: 1,848,341



"ROOTER-MAN PLUMBERS TO THE RESCUE"
Registration Date: August 14, 2012
Registration No.: 4,189,503



"SEWER MAN"
Registration Date: January 18, 2000
Registration No. 2308796



"ROOTERMAN (words only)"
Registration Date: October 12, 2010
Registration No. 3,859,654



"ROOTERMAN TO THE RESCUE"
Registration Date: March 17, 2020
Registration No. 6,013,446



"RM"
Registration Date: March 17, 2020
Registration No. 6,013,441



"RM (and design)"
Registration Date: April 7, 2020
Registration No. 6,027,468



"RM (and design)"
Registration Date: April 7, 2020
Registration No. 6,027,470



The trademarks listed below were registered with Canadian Intellectual Property Office by A CORP.:

"ROOTER-MAN"
Registration Date: June 25, 2002
Registration No.: TMA563953



"ROOTER-MAN PLUMBERS TO THE RESCUE"
Registration Date: October 2, 2002
Registration No.: TMA568429



"SEWER MAN"
Application Date: October 2, 2019
Application No. 1988014



Whereas, The Assignee desires to acquire from the Assignor all of Assignor's right, title and interest in and to the Trademark registrations, together with the benefit of any use of the Trademarks by the Assignor, and the goodwill of the business relations to the Trademarks and to the wares or services associated with them, to hold unto the Assignee absolutely.

NOW THEREFORE, in consideration of the payment of $250,000 for federal registrations and $38,000 for state registrations, totaling Two Hundred Eighty-Eight Thousand Dollars ($288,000.00), and for good and valuable consideration, the receipt, sufficiency, and adequacy of which is hereby acknowledged the Assignor and the Assignee hereby agree as follows:

1. The Assignor hereby sells, transfers and assigns to the Assignee, its successors and assigns, the Assignor's entire right, title and interest in and to the Trademark s application and/or registrations, together with (i) the benefit of any use of the Trademark by the Assignor (ii) the goodwill of the business relations to the Trademark and to the wares or services associated with it, (iii) all income, royalties and damages hereafter due or payable to Assignor with respect to the Trademark(s) to hold unto the Assignee absolutely. Nevertheless, Parties agree that Assignee shall not be entitled to any settlement proceeds and/or award in connection with *A Corp. v Palmetto Investments LLC, et al.,* United States District Court, District of Massachusetts, Civil Action No. 20-cv-11901-MLW.

2. The Assignor incorporates by reference its ownership rights, representations, and warranties set forth in the Asset Purchase Agreement by and between A Corp., Donald MacDonald, as Beneficial Owner of A Corp., and Rooterman, LLC with respect to the Trademarks, subject to all conditions, limitations, limitations on liability and restrictions as set forth therein.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed on their behalf by their duly authorized officers and representative on this 20th day of January 20, 2022.

For and on behalf of the Assignor:

**A Corp., a Massachusetts corporation**

DocuSigned by:
*Donald MacDonald*
5273E2256A59407...
_____
Donald MacDonald, President

## Exhibit A

### U.S. and Canadian Marks

| No. | Description | Registration Number | Notes |
|---|---|---|---|
| 1 | Rooterman Marketing and Advertising Promotions Materials | In Commerce Protection Only | P. 1-20 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 2 | Trademark (TM): Rooterman Plumbers to the Rescue (and Design) | 2433386 | P. 21 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 3 | TM: Sewer Man (and Design) | 2308796 | P. 21 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 4 | TM: A Rooterman to the Rescue (and Design) | 1654512 | P.21 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 5 | Rooter-Man (and Design) | 1655782 | P.21 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 6 | Termanator (and Design) | 1688486 | P. 22 , 70-71 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 7 | Shopper Saver | 1735676 | P. 22 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |

| 8 | **Shopper Saver (and Design)** | 1770022 | P. 22 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 9 | **Liquid Rooter** | 1846083 | P. 22 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 10 | **Rotor-Man (and Design)** | 1848341 | P. 23 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 11 | **Rooter-Man (Design Mark)** | 3,859,654 | P. 24 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 12 | **Rooter-Man (Design Mark)** | 1,655,782 | P. 26 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 13 | **Rooter-Man (Design Mark)** | 1,654,512 | P. 29 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 14 | **TM: Shopper Saver** | 1,7355, 676 | P. 30 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 15 | **TM: Liquid Rooter** | 1,846,083 | P. 31 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |

| 16 | Service Mark (SM): Rotor-Man | 1,848,341 | P. 32 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 17 | TM: Shopper Saver | 1,770,022 | P. 33 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 18 | Canadian Mark: Rotor-Man Plumbers to the Rescue | TMA563,902 File No.: 1057892 | P. 34, 74-78 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 19 | Canadian Mark: Rotor-Man Plumbers to the Rescue | TMA568,429 File No. 1057895 | P. 36 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 20 | SM: Sewer Man | 1,580,576 | P. 49 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 21 | SM: Sewer Man | 1,218,615 | P. 50 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 22 | SM: Sewer Man | 2,308,796 | P. 51 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 23 | SM: Termanator | 1,688,486 | P. 55 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |

| 24 | SM: Rooterman "To The Rescue" | 6,013,446 | P. 56 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 25 | SM: RM Guy with Plunger | 6,027,468 | P. 57 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 26 | SM: RM Guy with Pipe Cleaner | 6,027,470 | P. 58 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 27 | SM: RM Logo | 6,013,441 | P. 59 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 28 | TM: Shopper Saver | 1,770,022 | P. 60, 68-69 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 29 | TM: Liquid Rooter | 1,846,083 | P. 61 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 30 | TM: Shopper Saver | 1,735,676 | P. 62, 66-67 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
| 31 | SM: Rooter-Man | 3,859,654 | P. 79 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |

| 32 | SM: Drain Pro | 1664949 | P. 86-87 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |
|---|---|---|---|
| 33 | Rooterman Website Content 2014 | TX8-253-353 | P. 87-141 of Schedule 1 to Exhibit A of Rooterman APA dated 1.20.22 |

**Seller also includes, by reference all marks, protections and materials set forth in Schedule 1 to Exhibit A of Rooterman APA dated January 20, 2022 pages 001-141, which is attached to this Assignment and incorporated in its entirety.**

**State Marks**

| A Corp. State Trademark Registrations | | | | | |
|---|---|---|---|---|---|
| **State** | **Mark Registered** | **Registration Numbers** | **Registration and renewal dates** | **Expiration Dates** | **Comments** |
| Alabama | N/A | N/A | N/A | N/A | |
| Alaska | RooterMan, man w/ pipe | 3924 | 27-Sep-05 | 27-Sep-10 | Expired |
| Arizona | RooterMan, man w/ pipe | 58161 | 9-Jun-14 | 9-Jun-24 | |
| Arkansas | RooterMan, man w/ pipe | 500001521 | 7-Feb-20 | 7-Feb-25 | |
| California | RooterMan, man w/ pipe | 52304 | 20-Oct-99 | 20-Oct-24 | |
| Colorado | N/A | N/A | N/A | N/A | |
| Connecticut | RooterMan, man w/ pipe | 39465648 | 25-Jun-20 | 25-Jun-25 | |
| Delaware | N/A | N/A | N/A | N/A | |
| Florida | RooterMan, man w/ pipe | T99000001430 | 5-Jul-19 | 1-Dec-24 | |
| Georgia | RooterMan, man w/ pipe | 1655782 | 3-Sep-91 | 3-Sep-01 | Expired |
| Hawaii | RooterMan, man w/ pipe | 4118950 | 1-Jul-18 | 30-Jun-23 | |
| Idaho | RooterMan, man w/ pipe | 18506 | 7-Jul-15 | 26-Sep-25 | |
| Illinois | RooterMan, man w/ | 84790 | 19-Nov-19 | 22-Feb-25 | |

| | | | | | |
|---|---|---|---|---|---|
| | pipe | | | | |
| Indiana | RooterMan, man w/ pipe | 2000-0026 | 24-Feb-00 | 25-Feb-25 | |
| Iowa | RooterMan, man w/ pipe | W01225995 | 14-May-19 | 14-May-24 | |
| Kansas | RooterMan, man w/ pipe | 16967 | 28-Mar-20 | 28-Mar-25 | |
| Kentucky | RooterMan, man w/ pipe | 17523 | 9-Jan-15 | 9-Jan-20 | Expired |
| Louisiana | RooterMan, man w/ pipe | 56-4798 | 9-Dec-99 | 9-Dec-29 | |
| Maine | RooterMan, man w/ pipe | 20000097 | 28-May-19 | 20-Oct-39 | |
| Maryland | RooterMan, man w/ pipe | 2000/00918 | 9-Jan-20 | 6-Mar-30 | |
| Massachusetts | RooterMan, man w/ pipe | 57845 | 10-Jun-19 | 10-Jun-24 | |
| Michigan | RooterMan, man w/ pipe | M02498 | 7-May-10 | 9-May-20 | Expired |
| Minnesota | RooterMan, man w/ pipe | 29736 | 14-Mar-00 | 14-Mar-20 | |
| Mississippi | RooterMan, man w/ pipe | 14327 | 3-Apr-20 | 27-Mar-26 | |
| Missouri | N/A | N/A | N/A | N/A | |
| Montana | RooterMan, man w/ pipe | 5.042E+10 | 4-May-20 | 4-May-25 | |
| Nebraska | N/A | N/A | N/A | N/A | |
| Nevada | RooterMan, man w/ pipe | 202100034394-37 | 2-Mar-21 | 11-Mar-26 | |
| New Hampshire | RooterMan, man w/ pipe | 5460 | 13-Dec-11 | 13-Dec-31 | |
| New Jersey | N/A | N/A | N/A | N/A | |
| New Mexico | N/A | N/A | N/A | N/A | |
| New York | RooterMan, man w/ pipe | S24757 | 8-Dec-99 | 8-Dec-19 | Expired |
| North Carolina | | | | | |
| North Dakota | RooterMan, man w/ pipe | 2549996 | 1-Feb-20 | 19-Mar-30 | |
| Ohio | RooterMan, man w/ pipe | 1564852 | 9-Jun-15 | 9-Jun-25 | |
| Oklahoma | RooterMan, man w/ pipe | N/A | 31-Dec-93 | 2-Nov-95 | Expired |
| Oregon | RooterMan, man w/ pipe | 33974 | 3-Jan-00 | 3-Jan-20 | Expired |
| Pennsylvania | RooterMan, man w/ pipe | 3342610 | 19-Sep-05 | 17-Jun-13 | Expired |

| | | | | | |
|---|---|---|---|---|---|
| Rhode Island | RooterMan, man w/ pipe | 19961004 | 22-Apr-16 | 10-Oct-26 | |
| South Carolina | RooterMan, man w/ pipe | 15851-R18715 | 13-Jan-17 | 10-Feb-22 | |
| South Dakota | RooterMan, man w/ pipe | 13408 | 2-Jul-21 | 2-Jul-25 | |
| Tennessee | RooterMan, man w/ pipe | 41812 | 20-Apr-20 | 20-Apr-25 | |
| Texas | RooterMan, man w/ pipe | 803743230 | 14-Jan-21 | 14-Jan-26 | |
| Utah | | | | | |
| Vermont | N/A | | N/A | N/A | N/A |
| Virginia | N/A | | N/A | N/A | N/A |
| Washington | RooterMan, man w/ pipe | 28436 | 8-Dec-20 | 16-Dec-25 | |
| West Virginia | RooterMan, man w/ pipe | 1006450 | 24-May-20 | 26-Feb-30 | |
| Wisconsin | N/A | | N/A | N/A | N/A |
| Wyoming | N/A | | N/A | N/A | N/A |