# EXHIBIT E



📞 (800) 295-5798    ✉ info@911sewerdrain.com

911 SEWER & DRAIN



# Blog



### Solve Stubborn Drain Clogs with New Jersey's Top Solutions

by blog | Jan 25, 2024 | Drain Cleaning & Clog Removal

Are you tired of dealing with stubborn drain clogs in your home or business? In this article, we will discuss the warning signs of stubborn drain clogs, tips for preventing them, and the benefits of high-pressure water jetting for clearing out tough blockages. We'll...

read more





### 7 Common Toilet Problems Every New Jersey Homeowner Should Know

by blog | Jan 24, 2024 | Toilets

Are you a homeowner in New Jersey? If so, you may have encountered some common toilet problems at one point or another. Ignoring these issues can lead to bigger problems down the line, so it's important to understand the signs of potential toilet problems and how to...

read more





## Water Damage Restoration – Key Things To Know

by Administrator | Aug 10, 2023 | Water Damage Restoration

Water damage restoration is a vital topic for every homeowner to understand. When it comes to water damage in the home, a little knowledge can go a long way in preventing and addressing potential issues. In this blog post, we will explore what water damage is, how it...

read more





### Quick Toilet Repair Services: Solving New Jersey Plumbing Emergencies

by blog | Jan 25, 2024 | Toilets

read more



### Eco-Friendly Toilets: The Key to Water Conservation in New Jersey Homes

by blog | Jan 24, 2024 | Toilets

Are you considering renovating your bathroom to be more eco-friendly? Water-saving toilets could be the perfect solution for your New Jersey home. In this article, we will explore the benefits of eco-friendly bathroom renovations, including how they can benefit the...

read more





### Emergency Plumbing 101: Tackling Unexpected Issues with Confidence

by Administrator | Aug 10, 2023 | Emergency Plumbing

When it comes to plumbing, some issues just can't wait. We've all been there – a burst pipe flooding your home, a malfunctioning water heater leaving you without hot water, or a clogged toilet causing chaos in your bathroom. These are the moments when you need the...

read more





## The Complete Guide to Toilet Repair and Installation in New Jersey – Expert Tips and Tricks

by blog | Jan 24, 2024 | Toilets

Are you facing issues with your toilet and wondering about the cost and process of repair or installation? Look no further! In this ultimate guide, we break down the costs associated with toilet repair and installation in New Jersey, discuss the factors that affect…

read more





### The Unseen Heroes: Why Homeowners Need Professional Plumbing Services

by Administrator | Aug 10, 2023 | Plumber Services

Having a functional and well-maintained plumbing system is an essential aspect of any home. From delivering clean water for daily activities to disposing of waste efficiently, a reliable plumbing system ensures comfort, convenience, and a healthy living environment....

read more



Next Entries »



Copyright 2024 911 Sewer & Drain. All rights reserved. All available services, hours of operations, pricing structure, and guarantees may vary by location.