# EXHIBIT F

📞 (800) 295-5798    ✉ info@911sewerdrain.com

 911 SEWER & DRAIN    

# Emergency Response How Nj Water Damage Companies Can Save Your Home

by blog | Feb 7, 2024 | Water Damage Restoration | 0 comments







Has your home been affected by water damage in New Jersey or New York? Whether it's from a burst pipe, flooding, or sewage backup, immediate action is crucial in minimizing the damage.

In this article, we will explore the specialized emergency response and water damage restoration services available in these areas. From 24/7 immediate response for water cleanup to expertise in handling various types of water damage, we'll discuss the processes, equipment, and customer satisfaction guarantees offered by these professional companies. Whether you're in Northern New Jersey or New York, these services are here to help you with your water damage restoration needs.

## Key Takeaways:

- NJ water damage companies offer 24/7 immediate response for water cleanup and restoration to prevent further damage to your home.
- They specialize in handling various types of water damage and have the expertise and equipment to efficiently remove and dry water, even in basements.
- With a commitment to customer satisfaction and certifications in water damage restoration, these companies guarantee quality service in Northern New Jersey and New York.

## Emergency Response and Water Damage Restoration in New Jersey and New York

When **water damage** strikes, prompt action is crucial to mitigate the impact on your property. For comprehensive **water damage restoration** and emergency response services in **New Jersey** and **New York**, trust the expertise of 911 Sewer & Drain.

ServiceMaster QuickResponse and Consolidated Environmental offer a rapid 24/7 emergency response to deal with water damage swiftly and effectively. This minimizes further destruction and potential health risks. Their team of skilled professionals has the necessary expertise and advanced equipment to handle all aspects of restoration efficiently.

Serving the Bergen County and surrounding areas, they are committed to providing prompt, reliable, and thorough services to restore your property to its pre-damaged condition.

## 24/7 Immediate Response for Water Cleanup and Restoration

Our team is dedicated to providing 24/7 immediate response for water cleanup and restoration, ensuring that no time is wasted when addressing water damage emergencies in New Jersey and New York.

### Live Person Assistance and Rapid Response Time

Our live person assistance ensures that you receive immediate support and guidance, complemented by our rapid **response time** to address water damage situations effectively and efficiently.

Have you ever experienced a water-related emergency that required immediate attention? We understand the stress and urgency that comes with such situations. That's why our team of certified professionals is dedicated to providing personalized assistance and expert guidance in a timely manner.

Whether it's a burst pipe, flooding, or any other water-related crisis, our quick response time ensures that skilled help is on its way to mitigate and remediate the damage. We take pride in being the go-to service providers for handling such emergencies, offering not only a fast turnaround but also a human touch for reassurance.



### Serving New Jersey, New York, and Surrounding Areas

We proudly serve the communities of New Jersey, New York, including **Bergen County** and the surrounding areas, offering comprehensive water damage restoration and emergency response solutions.

At our company, our certified professionals and dedicated service providers prioritize delivering swift and efficient water damage restoration services. Our commitment lies in ensuring the safety and well-being of residents in New Jersey, New York, and the surrounding regions.

With an extensive **coverage area**, our team is well-equipped to address water damage issues in a timely manner. We utilize industry-leading techniques and advanced equipment to restore

properties to their pre-loss conditions, whether it's a residential or commercial property. Our experts are prepared to handle any scale of **emergency response** with precision and care.

## Specialized Services for Flood Damage Restoration

Our **specialized services** are tailored to address the unique challenges of flood damage restoration, utilizing the expertise of our certified technicians and the resources of ServiceMaster QuickResponse and Consolidated Environmental.

In terms of dealing with the aftermath of a flood, experience and professional knowledge are essential. Our certified technicians are trained to handle all aspects of flood damage restoration, from assessing the extent of the damage to implementing comprehensive restoration plans.

We understand that each situation is unique, and that's why we take a personalized approach to every project. ServiceMaster QuickResponse and Consolidated Environmental provide the backing and resources necessary to ensure that our specialized services are carried out efficiently and effectively.

## Expertise in Handling Various Types of Water Damage

Our team possesses **extensive expertise** in handling a wide range of water damage scenarios, ensuring that each restoration process is approached with precision and professionalism.

From minor leaks to major flooding, our team is skilled in managing diverse water damage situations. We prioritize **professionalism** in every step of the restoration process, striving for prompt and reliable outcomes.



With our attention to detail, **precision** is applied to thoroughly assess and address the extent of damage, delivering effective solutions tailored to each unique case. Our commitment to excellence drives us to stay updated with the latest industry standards, utilizing advanced techniques and equipment to ensure comprehensive restoration.

## Professional Water Removal and Cleanup Process

Our professional **water removal and cleanup process** is meticulously executed by our certified technicians, delivering thorough restoration and peace of mind to property owners in New Jersey and New York.

Our certified technicians undergo rigorous training to handle water removal and cleanup processes with precision and expertise. They utilize state-of-the-art equipment and advanced techniques to ensure thorough restoration of properties.

From assessing the extent of water damage to implementing tailored solutions, our team meticulously attends to every detail. Property owners can rely on our swift response and

efficient execution, minimizing the impact of water damage on their premises.

We prioritize customer satisfaction and believe in going the extra mile to provide a seamless and hassle-free experience during the restoration process.

## Phases of Water Damage Restoration Process

The **water damage restoration process** encompasses distinct phases, each managed by our team of professionals and certified technicians to ensure comprehensive restoration in New Jersey and New York.

The assessment phase involves a thorough inspection of the damaged property to determine the extent of the water damage and devise an effective restoration plan. Subsequently, extraction and drying activities are meticulously conducted to remove standing water, dehumidify the affected areas, and prevent mold growth.

Our certified technicians utilize advanced equipment and techniques to expedite this crucial phase.

Following successful water extraction, the restoration phase commences, encompassing repairs, sanitization, and restoration of damaged structures and belongings. Our team works diligently to restore the property to its pre-damaged state, providing efficient and reliable service throughout the process.

## Types of Equipment Used for Water Removal and Drying

Our **water removal and drying** processes are supported by state-of-the-art equipment, managed by our dedicated professionals to ensure efficient restoration in New Jersey and New York.

We utilize advanced **moisture detection equipment** to accurately locate and assess water damage, allowing our team to strategize the best approach for effective **water extraction**.

Our **industrial-grade drying systems** expedite the drying process, preventing mold and structural damage. Our skilled technicians meticulously monitor the **humidity levels** and employ cutting-edge techniques for thorough drying.

This dedication to detail and use of the latest technology sets us apart, consistently delivering outstanding results for our clients.

## Efficient Sewage Cleanup and Removal Services

Our efficient **sewage cleanup and removal** services are delivered by our experienced professionals, ensuring a thorough restoration process in New Jersey and New York.

With years of expertise in handling sewage cleanup and removal, our team is adept at swiftly assessing the situation, containing the damage, and implementing effective remediation

measures.

We understand the urgency and delicacy of these situations, which is why our professionals work diligently to restore your property to its pre-incident condition. Utilizing advanced equipment and proven techniques, we strive to minimize disruptions while maximizing efficiency.

Our comprehensive approach addresses not only the visible effects of sewage damage but also the underlying issues to prevent future occurrences.

## Customer Satisfaction and Testimonials

Our commitment to **customer satisfaction** is evidenced by the glowing testimonials from property owners in New Jersey and New York, reflecting our dedication to exemplary restoration services.

These testimonials serve as a testament to our unwavering dedication to delivering exceptional **restoration services** that meet and exceed our customers' expectations.

Consistently praised for our professionalism, attention to detail, and rapid response, we take pride in restoring peace of mind for property owners during challenging times.

Our team's expertise and compassionate approach set us apart as the preferred choice for those in need of reliable restoration solutions.

## Service Guarantee and Certifications

Our **service guarantee** and **industry certifications** exemplify our unwavering commitment to delivering top-tier restoration services in New Jersey and New York.

At our company, we prioritize adhering to strict industry standards and investing in continual training and education. This ensures that our team is equipped with the latest techniques and knowledge to handle any restoration project with expertise. Our certifications, including [relevant certification names], serve as a testament to our dedication to excellence and proficiency in the field.

Furthermore, we stand behind our work with a service guarantee. We are confident in the quality of our services and if for any reason our customers are not satisfied, we will make it right. This guarantee provides our customers with complete peace of mind throughout the restoration process.



## Areas Served in Northern New Jersey and New York

Our services extend to **Northern New Jersey and New York**, addressing property damage with the expertise of our professional teams and the resources of ServiceMaster

QuickResponse and Consolidated Environmental.

At our company, we have specialized teams ready to handle a wide range of property damage challenges. These include water damage, fire and smoke damage, mold remediation, and more. Our approach is centered around our customers, ensuring that we address each concern with precision and care. Whether it's a residential property or a commercial establishment, we leave no stone unturned with our comprehensive solutions. We are committed to providing **high-quality service** and a quick response to help restore your peace of mind when faced with unexpected property damage.

## Specialization in Basement Water Damage Cleanup

We specialize in **thorough basement water damage cleanup**, leveraging the expertise of our restoration professionals to ensure comprehensive restoration in New Jersey and New York.

Our seasoned team is adept at addressing the multifaceted challenges posed by water damage in basements. Their in-depth knowledge and advanced techniques enable them to swiftly assess the extent of the damage, effectively remove excess water, and implement targeted drying and dehumidification processes.

We understand the importance of remedying underlying causes to prevent future issues. With a meticulous approach, we thoroughly sanitize and restore affected areas, ensuring a safe and healthy environment for you and your family. Trust our professionals to deliver unmatched expertise and professionalism in every step of your basement water damage cleanup and restoration process.

## Prevention and Causes of Water Damage



Understanding the prevention and causes of water damage is essential in safeguarding properties in New Jersey and New York, and our professionals are well-equipped to provide insights and solutions.

Water damage can result from various sources, such as burst pipes, leaks, floods, and natural disasters. It is crucial to address these issues promptly to mitigate potential structural damage, mold growth, and health hazards.

Our professional team specializes in assessing and diagnosing the root causes of water damage, utilizing advanced techniques and equipment to accurately detect hidden moisture and restore affected areas. By understanding the contributing factors and implementing preventative measures, property owners can minimize the risk of water damage and maintain the integrity of their investments.

## Frequently Asked Questions

### What is emergency response and how can NJ water damage companies save my home?

Emergency response refers to the immediate actions taken to address a crisis or disaster, such as water damage in your home. NJ water damage companies are equipped with the necessary tools and expertise to quickly and efficiently restore your home and prevent further damage.

### Why is it important to hire a water damage company for emergency response?

Water damage can be extensive and cause significant structural damage to your home if not addressed promptly. Hiring a professional water damage company ensures that the problem is handled correctly and reduces the risk of further damage or mold growth.



### What are the steps taken by NJ water damage companies during emergency response?

NJ water damage companies follow a standard protocol for emergency response, which includes assessing the extent of the damage, extracting water, drying and dehumidifying the affected areas, and sanitizing and restoring your home to its pre-damaged condition.

### Can NJ water damage companies work with my insurance company?

Yes, most water damage companies in NJ have experience working with insurance companies and can assist with the claims process. They can provide documentation and detailed reports of the damage and the restoration process to help with your insurance claim.

## How quickly should I contact a water damage company for emergency response?

It's crucial to contact a water damage company as soon as possible to minimize the damage and prevent any potential health hazards. Most companies offer 24/7 emergency services, so don't hesitate to call them immediately.

## Are there any preventive measures I can take to avoid water damage in my home?

Yes, there are steps you can take to prevent water damage in your home, such as regularly inspecting and maintaining your plumbing and roof, fixing any leaks, and ensuring proper drainage around your property. It's also a good idea to have a plan in place in case of an emergency, such as knowing the location of your water shut-off valve.

## Related Posts

- 
  Prevent Costly Repairs: Sump Pump Maintenance Tips Near Me

- 
  Sump Pump Repair Near Me: Preventing Basement Floods

- 
  DIY or Professional? Finding the Best Plumbing Repair Near Me

- 
  Revive Your Basement: Find Top Sump Pump Repair Near Me

- 
  Sump Pump Repair Near Me: Essential for Protecting Your Home's Foundation

- 
  Affordable and Reliable Plumbing Repair Near Me – Your Go-To Source



Copyright 2024 911 Sewer & Drain. All rights reserved. All available services, hours of operations, pricing structure, and guarantees may vary by location.

