IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Rooterman, LLC <br><br> *Plaintiff,* <br><br> v. <br><br> Klodian Belegu, Quality Air Care Corporation, RM Water Damage Restoration LTD, and 911 Sewer & Drain Corporation <br> *Defendants.* | Civil Action No. 1:24-cv-13015 |

### **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION AT DOCKET ENTRY 2**

Plaintiff, Rooterman LLC ("Plaintiff"), hereby gives notice of withdrawal of docket entry 2 as superseded by the Amended Complaint filed December 16, 2024 (docket entry 7).

ROOTERMAN, LLC

By Counsel

Dated: December 19, 2024

*Jeffrey M. Rosin*

Jeffrey M. Rosin, BBO# 629216
O'HAGAN MEYER, PLLC
140 Kendrick Street, Bldg. C West
Needham, MA 02494
Telephone: (617) 843-6800
Fax: (617) 843-6810
jrosin@ohaganmeyer.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 19th day of December 2024, this Notice was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

 */s/ Jeffrey M. Rosin*
 Jeffrey M. Rosin