# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rooterman, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>Klodian Belegu, Quality Air Care Corporation, RM Water Damage Restoration LTD and 911 Sewer & Drain Corporation.<br><br>    Defendants. | Civil Action No. 1:24-cv-13015<br><br>**<u>DECLARATION OF<br>CASSIDY FLAVIN</u>** |

I, Cassidy Flavin, hereby declare:

1.  I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.  I am a Paralegal at Randazza Legal Group, PLLC, counsel for Defendants in the above-captioned matter. I make this declaration in support of Defendants' Opposition to Plaintiff's Revised Motion for a Preliminary Injunction (the "opposition").

3.  On January 13, 2025, I used the USPTO Trademark Search system to view the Registration Certificates of the trademarks listed in Exhibit B to the Complaint (ECF No. 1-2).

4.  A true and correct copy of those Registration Certificates are filed herewith as Composite **<u>Exhibit 11</u>**.

5.  On January 13, 2025, I used the USPTO Trademark Search system to view the status of an application for a word mark in "Rooterman", Serial No. 73456290.

6.  A true and correct copy of the "status" page for Serial No. 73456290 is attached hereto as **<u>Exhibit 12</u>**.

7.    On January 13, 2025, I used the USPTO Trademark Search system to view the Office Action for word mark "ROOTER MAN", Serial No. 3859654.

8.    A true and correct copy of the Office Action for Serial No. 3859654 is attached hereto as **Exhibit 13**.

9.    On January 13, 2025, I used the USPTO Trademark Search system to view the Nonfinal Office Action for mark "911 SEWER & DRAIN", Serial No. 97346878.

10.    A true and correct copy of the Nonfinal Office Action for Serial No. 97346878 is attached hereto as **Exhibit 14**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Jan. 15, 2025                        By: _____
                                                  Cassidy Flavin

RANDAZZA | LEGAL GROUP