**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Rooterman, LLC ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-13015 |
| ) | |
| Klodian Belegu, Quality Air Care ) | |
| Corporation, RM Water Damage ) | |
| Restoration LTD and 911 Sewer & Drain ) | |
| Corporation. ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

<u>**REPLY DECLARATION OF NATHAN KING**</u>

Pursuant to 28 U.S.C. § 1746, I, Nathan King, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

1. I am the General Counsel of Plaintiff. I submit this declaration in support of Plaintiff's Reply Memorandum in Further Support of Its Motion for Preliminary Injunction.

2. Rooterman, LLC has taken numerous efforts to enforce its trademarks around the country. In the recent years, Rooterman has filed two other lawsuits against former franchisees who continued to hold themselves out as a Rooterman franchisee and infringed on the Plaintiff's name and marks. This includes A Corp. DBA Rooterman v. Palmetto Group Investment, docket no. 1:20-cv-11901-MLW (D. Mass. 2020) and A Corp. v. America's Plumbing & Sewer, LLC, docket no. 1:22-cv-10915-IT (D. Mass. 2022)  Rooterman's outside counsel even wrote to Belegu and explained some of its efforts to enforce its trademarks to Belegu in a letter dated March 20, 2023, attached hereto as <u>**Exhibit A**</u> (referencing cease and desists and other efforts to enforce

#5655612v1

trademarks in 2020, 2021 and 2022). In the last year alone, I too have sent at least six cease and desist letters to person and/or former franchisees in New Jersey, California and Ohio who are believed to be infringing on Rooterman's marks, and we continue to work on satisfactory actions by the recipients of such letters at this time. Once such situation is close to requiring another lawsuit. In this regard, Rooterman also considers this very lawsuit its effort to enforce its trademarks. As Exhibit K to the Amended Complaint shows, Rooterman made demands to Belegu starting September 16, 2024 that Belegu cease and desist using trademarks, and transfer domain names back to Rooterman. His failure to adhere to these demands, despite follow up notices from outside counsel November 13, and November 22, 2024, has necessitated this lawsuit. In short, far from abandoning its trademarks, Rooterman vigorously enforces them. Moreover, Rooterman communicates routinely with trademark counsel about its trademark applications and the status of its existing marks, and any updates needed.

3. Belegu and/or his corporation, Quality Air Care Corporation, entered into 13 franchise agreements to do business as Rooterman in various counties and zip codes throughout New Jersey, New York, and Pennsylvania. Appendix 1 to each such Franchise Agreements details include the specific counties and/or zip codes of the licensed territories. Attached hereto as **Exhibit B** hereto is a true and accurate copy of each "Appendix 1" page from each of the 13 Franchise Agreements. This is intended to articulate for the court exactly where Plaintiff seeks an Order pertaining to its restrictive covenants.

4. Rooterman's marks are not only for plumbing and drains, but a corollary to that business to that is for franchisees to offer and provide restoration services. See

#5655612v1

www.rooterman.com/services/restoration Franchisees are encouraged to build their businesses by doing that. As such, as the Rooterman website duly shows, restoration services are part of the Rooterman brand offerings as well. This made "RM Water Damage Restoration" an improper competing corporation from the start, and that same scenario with that company exists now, even if "RM" has been removed from the name. In like kind, the same situation exists with 911 Sewer & Drain.

5.  Notably, there is a Google review on the "911 Sewer & Drain" listing, posted by Shenelle LaPierre, that states her insurance company dispatched "Rooter man Plumbing and Restoration" to service her home after her hot water heater failed and flooded her house. Attached hereto as **Exhibit C** is a true and accurate copy of this google review. There are countless other reviews of that company that reference Rooterman. For example, there is another Google review on the "911 Sewer & Drain" listing, posted by William Wild. There is a "Response from the owner" that states "Thank you for taking time to review Rooter Man of NJ, William!" Attached hereto as **Exhibit D** is a true and accurate copy of this google review. There are also numerous other responses from 911 Sewer & Drain responding as "Rooter Man of NJ." Clearly, Belegu is using this entity in violation of his franchise obligations, and also to create confusion in the market.

6.  In fact, the 911 Sewer & Drain Facebook page has numerous postings, starting from February 22, **2021** to May 3, 2023, which holds the company out to be "Rooter Man of NJ" and provide direct links to www.rootermanplumberservices.com.

7.  To this day, Belegu has not turned over any of his Google business profiles, numerous of which reference Rooterman and belong to the brand, nor his phone number or any of his offending domains.

8.  Even today, as of the date of this affidavit, when rootermanplumberservices.com is typed into the address bar on the internet, the URL redirects to the website for 911 Sewer & Drain, 911sewerdrain.com. Attached hereto as **Exhibit E** is a true and accurate copy of screen shots which show this redirection.

9.  Moreover, as of this day, Belegu has not returned his franchise Operations Manual, the Rooterman Marketing Essentials Playbook, list of vendor contacts, Home Show presentation materials, phone scripts, all provided to him in 2022 and duly noted to be confidential. The return of all of this is required by his franchise agreements, Sections 18.2

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF JANUARY, 2025

_____
Nathan King

#5655612v1

# EXHIBIT A

# Jenny J. Liu's Law Office
### *Attorney & Counsellor at Law*
### *www.Jennyliulaw.com*

**P.O. Box 290**
**North Billerica, MA 01862**

Tele: (978) 670-0718
Fax: (978) 663-0061
lj@jennyliulaw.com

Date:   March 20, 2023

By Email and Priority Mail
qacpic@gmail.com

Klodian Belegu
Quality Air Care Corporation
692 Sussex Ct.
Toms River, NJ 08753

RE:    Unauthorized Rooter Man listings

Dear Mr. Belegu,

This is to follow up to our telephone conversation on March 15, 2023.  Based on our phone conversation, my understanding was that: (i) currently there were certain Google Rooter Man advertisements or listings in your licensed territory believed to be a former Rooter Man franchisee named Chris Bailey, which caused damages to your business; (ii) you reported to A Corp certain unauthorized internet Rooter Man ads and listing in 2020 and/or 2021; (iii) subsequently you also provided a list of many unauthorized Rooter Man internet ads and/or listings to A Corp. You wanted to follow up what A Corp. did in response to your reports and share with you the information which may help your counsel in your lawsuit against the infringers.

As you requested, I forwarded our conversation to Mr. Donald MacDonald and had a chance to confer with Mr. MacDonald and Ms. Charlene MacDonald.  After search and review of my files and the files in the possession of A Corp., it appears that A Corp. took the following actions in response to your above said reports:

1. In June of 2020 and during the transaction for you to buy the Rooter Man territory from another Rooter Man franchise named Arbina Asani, A Corp. discovered that there were some unauthorized Rooter Man ads and/or listings by a former Rooter Man franchisee.  On June 11, 2020, on behalf of A Corp., I sent said former franchisee a cease and desist letter and demanded him to stop the unauthorized ads and listings.

2. In August of 2020, on behalf of A Corp., I had multiple email correspondence with Chris Bailey and demanded him to de-identify himself as a Rooter Man business.  Mr. Bailey indicated that he would comply with A Corp.'s demand.

3. On June 8, 2021, after we received your report of the unauthorized use of the Rooter Man mark by a former employee of your Rooter Man franchise, on behalf of A Corp. I sent said former employee a cease and desist letter.

1

4. On June 11, 2021, after we received your report of the unauthorized use of the Sewer Man mark by an infringer, on behalf of A Corp. I sent said infringer a cease and desist letter.

5. With respect to your report of a list of unauthorized Google Rooter Man ads and listings, said list was received by A Corp. in July of 2022. Charlene and Crystal spent a lot of time to contact each phone number on the list to verify the status of the ads and listings. In January of 2022, the Rooter Man franchise was sold, and all the then current franchise agreements were forwarded to the new franchisor, the Rooterman LLC and Premium Services Brand (collectively the "PSB"). As such, after Crystal and Charlene verified the status of above said ads and listing, they forwarded this matter to PSB.

6. Mr. MacDonald contacted PSB about your recent complaint of unauthorized Rooter Man ads and listings.

Your Rooter Man franchise agreement, Section 8.5 (B) provides the following:

> "**B.** With **A CORP's** permission, **FRANCHISEE** may institute litigation to protect **FRANCHISEE's** interest in the Trademark. In the event that the **FRANCHISEE** chooses to bring action, and **A CORP**, in its sole discretion, grants permission, **FRANCHISEE** shall be responsible for all costs of litigation and shall have a right to any damages collected for infringing use in **FRANCHISEE's** Territory."

Accordingly, with respect to your intent to file a lawsuit against the persons or entities who are not Rooter Man franchises and advertised as Rooter Man in your licensed areas, A Corp. is willing to help you by sharing the documents in its possession in support of your claims. However, A Corp. does not own the Rooter Man trademarks anymore and cannot initiate a trademark infringement action against the infringers. PSB as the current owner of the Rooter Man marks has the right and discretion how to enforce its trademark rights.

Thank you for your attention to this letter and please feel free to contact me if you have any questions.

Very truly yours,

Jenny Liu

Cc:   Russell Kruse (via email rkruse@premiumservicebrands.com)
Paul Flick (via email pflick@premiumservicebrands.com)

# EXHIBIT B

## APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|-------|--------|-----------|-----------|------------|
| NJ | Ocean | Barnegat | 08005 | 22,448 |
| NJ | Ocean | Barnegat Light | 08006 | 518 |
| NJ | Ocean | Beach Haven | 08008 | 6,975 |
| NJ | Ocean | Manahawkin | 08050 | 24,285 |
| NJ | Ocean | Tuckerton | 08087 | 24,104 |
| NJ | Ocean | West Creek | 08092 | 3,673 |
| NJ | Ocean | Lakewood | 08701 | 92,843 |
| NJ | Ocean | Bayville | 08721 | 20,512 |
| NJ | Ocean | Beachwood | 08722 | 11,045 |
| NJ | Ocean | Brick | 08723 | 31,641 |
| NJ | Ocean | Brick | 08724 | 42,352 |
| NJ | Ocean | Forked River | 08731 | 20,009 |
| NJ | Ocean | Island Heights | 08732 | 1,484 |
| NJ | Ocean | Lakehurst | 08733 | 2,752 |
| NJ | Ocean | Lanoka Harbor | 08734 | 7,651 |
| NJ | Ocean | Lavallette | 08735 | 3,114 |
| NJ | Ocean | Mantoloking | 08738 | 1,042 |
| NJ | Ocean | Normandy Beach | 08739 | 0 |
| NJ | Ocean | Ocean Gate | 08740 | 2,010 |
| NJ | Ocean | Pine Beach | 08741 | 2,488 |
| NJ | Ocean | Point Pleasant Beach | 08742 | 24,405 |
| NJ | Ocean | Seaside Heights | 08751 | 4,212 |
| NJ | Ocean | Seaside Park | 08752 | 2,074 |
| NJ | Ocean | Toms River | 08753 | 63,678 |
| NJ | Ocean | Toms River | 08754 | 0 |
| NJ | Ocean | Toms River | 08755 | 25,302 |
| NJ | Ocean | Toms River | 08756 | 0 |
| NJ | Ocean | Toms River | 08757 | 33,217 |
| NJ | Ocean | Waretown | 08758 | 7,043 |
| NJ | Ocean | Manchestser Township | 08759 | 33,263 |

Total Unit(s)[1] Population: 514,140

Initials: _A CORP_

Date: 09|12|19

Initials: _KD_   FRANCHISEE

Date: 9-5-19

---

[1] One unit is equal to 125,000 populations.

# APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|---|---|---|---|---|
| NJ | Atlantic | All | All | 269,918 |
| NJ | Burlington | All | All | 448,596 |
| NJ | Camden | All | All | 510,719 |
| NJ | Cape May | All | All | 93,553 |
| NJ | Cumberland | All | All | 152,538 |
| NJ | Gloucester | All | All | 292,206 |
| NJ | Hunterdon | All | All | 125,059 |
| NJ | Mercer | All | All | 374,733 |
| NJ | Salem | All | All | 62,792 |
| NJ | Sussex | All | All | 141,682 |
| NJ | Union | All | All | 563,892 |
| NJ | Warren | All | All | 106,798 |
| NJ | Essex | Maplewood | 07040 | 23,876 |
| NJ | Essex | Millburn | 07041 | 6,868 |
| NJ | Essex | Short Hills | 07078 | 13,250 |
| NJ | Essex | South Orange | 07079 | 16,316 |
| NJ | Essex | Newark | 07101 | 0 |
| NJ | Essex | Newark | 07102 | 12,579 |
| NJ | Essex | Newark | 07103 | 32,698 |
| NJ | Essex | Newark | 07104 | 50,478 |
| NJ | Essex | Newark | 07105 | 46,983 |
| NJ | Essex | Newark | 07106 | 31,298 |
| NJ | Essex | Newark | 07107 | 37,650 |
| NJ | Essex | Newark | 07108 | 24,386 |
| NJ | Essex | Newark | 07111 | 53,942 |
| NJ | Essex | Newark | 07112 | 26,417 |
| NJ | Essex | Newark | 07114 | 14,748 |
| NJ | Essex | Newark | 07175 | 0 |
| NJ | Essex | Newark | 07184 | 0 |
| NJ | Essex | Newark | 07188 | 0 |
| NJ | Essex | Newark | 07189 | 0 |
| NJ | Essex | Newark | 07192 | 0 |
| NJ | Essex | Newark | 07193 | 0 |
| NJ | Essex | Newark | 07195 | 0 |
| NJ | Essex | Newark | 07198 | 0 |
| NJ | Essex | Newark | 07199 | 0 |
| NJ | Monmouth | Adelphia | 07710 | 0 |
| NJ | Monmouth | Atlantic Highlands | 07716 | 8,574 |
| NJ | Monmouth | Belford | 07718 | 6,263 |
| NJ | Monmouth | Cliffwood | 07721 | 2,974 |
| NJ | Monmouth | Hazlet | 07730 | 17,396 |
| NJ | Monmouth | Highlands | 07732 | 5,189 |
| NJ | Monmouth | Holmdel | 07733 | 16,849 |
| NJ | Monmouth | Keansburg | 07734 | 13,269 |

Rooter Man Franchise Agreement.2020

| NJ | Monmouth | Keyport | 07735 | 19,569 |
|----|----------|---------|-------|--------|
| NJ | Monmouth | Leonardo | 07737 | 4,264 |
| NJ | Monmouth | Marlboro | 07746 | 18,666 |
| NJ | Monmouth | Matawan | 07747 | 30,770 |
| NJ | Monmouth | Middletown | 07748 | 28,030 |
| NJ | Monmouth | Morganville | 07751 | 19,736 |
| NJ | Monmouth | Navesink | 07752 | 0 |
| NJ | Monmouth | Port Monmouth | 07758 | 4,967 |
| NJ | Monmouth | Rumson | 07760 | 9,283 |
| NJ | Monmouth | Tennent | 07763 | 0 |
| NJ | Monmouth | Wickatunk | 07765 | 0 |
| NJ | Monmouth | Eatontown | 07799 | 0 |

Total Unit(s)[1] Population: 4,208,504

Initials: _____    A CORP

Date: 6-9-2020

Initials: _____    FRANCHISEE

Date: 6-2-2020

Initials: _____    FRANCHISEE

Date: _____

---

[1] One unit is equal to 125,000 populations.

## APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|-------|--------|-----------|-----------|------------|
| NJ | Morris | All | All | 499,693 |
| NJ | Passaic | All | All | 71,247 |

Total Unit(s)[1] Population: 570,940

Initials: _____  
**A CORP**

Date:  08-21 2020

Initials: _____  
**FRANCHISEE**

Date:  8-11-2020

Initials: _____  
**FRANCHISEE**

Date: _____

---

[1] One unit is equal to 125,000 populations.

## APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|---|---|---|---|---|
| NJ | Monmouth | Red Bank | 07701 | 23,813 |
| NJ | Monmouth | Shrewsbury | 07702 | 3,809 |
| NJ | Monmouth | Fort Monmouth | 07703 | 690 |
| NJ | Monmouth | Fair Haven | 07704 | 6,133 |
| NJ | Monmouth | Allenhurst | 07711 | 1,533 |
| NJ | Monmouth | Asbury Park | 07712 | 39,158 |
| NJ | Monmouth | Deal | 07723 | 1,020 |
| NJ | Monmouth | Eatontown | 07724 | 21,710 |
| NJ | Monmouth | Englishtown | 07726 | 42,508 |
| NJ | Monmouth | Freehold | 07728 | 56,527 |
| NJ | Monmouth | Lincroft | 07738 | 6,095 |
| NJ | Monmouth | Little Silver | 07739 | 5,938 |
| NJ | Monmouth | Long Branch | 07740 | 31,038 |
| NJ | Monmouth | Monmouth Beach | 07750 | 3,279 |
| NJ | Monmouth | Oakhurst | 07755 | 6,363 |
| NJ | Monmouth | Oceanport | 07757 | 5,356 |
| NJ | Monmouth | West Long Branch | 07764 | 8,097 |
| NJ | Monmouth | Belmar | 07715 | 0 |
| NJ | Monmouth | Avon By the Sea | 07717 | 1,901 |
| NJ | Monmouth | Belmar | 07719 | 21,538 |
| NJ | Monmouth | Bradley Beach | 07720 | 4,298 |
| NJ | Monmouth | Colts Neck | 07722 | 10,209 |
| NJ | Monmouth | Farmingdale | 07727 | 7,050 |
| NJ | Monmouth | Howell | 07731 | 38,304 |
| NJ | Monmouth | Neptune | 07753 | 37,554 |
| NJ | Monmouth | Neptune | 07754 | 0 |
| NJ | Monmouth | Ocean Grove | 07756 | 3,342 |
| NJ | Monmouth | Spring Lake | 07762 | 8,403 |
| NJ | Monmouth | Allentown | 08501 | 6,582 |
| NJ | Monmouth | Millstone Township | 08510 | 5,231 |
| NJ | Monmouth | Cream Ridge | 08514 | 4,477 |
| NJ | Monmouth | Imlaystown | 08526 | 0 |
| NJ | Monmouth | Millstone Township | 08535 | 5,385 |
| NJ | Monmouth | Roosevelt | 08555 | 877 |
| NJ | Monmouth | Allenwood | 08720 | 843 |
| NJ | Monmouth | Brielle | 08730 | 4,774 |
| NJ | Monmouth | Manasquan | 08736 | 12,578 |
| NJ | Monmouth | Sea Grit | 08750 | 3,528 |
| NJ | Ocean | Jackson | 08527 | 54,392 |
| NJ | Ocean | New Egypt | 08533 | 6,945 |

Total Unit(s)[1] Population: 501,008

Initials: _____
**A CORP**

Date: _01 | 12 | 21_

Initials: _KB_____
**FRANCHISEE**

Date: _01/11/2021_

Initials: _____
**FRANCHISEE**

Date: _____

---

[1] One unit is equal to 125,000 populations.

## APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|---|---|---|---|---|
| NJ | Hudson | Bayonne | 07002 | 63,031 |
| NJ | Hudson | Hoboken | 07030 | 50,005 |
| NJ | Hudson | Weehawken | 07086 | 12,554 |
| NJ | Hudson | Union City | 07087 | 66,515 |
| NJ | Hudson | West New York | 07093 | 60,884 |
| NJ | Hudson | Jersey City | 07097 | 0 |
| NJ | Hudson | Jersey City | 07302 | 36,352 |
| NJ | Hudson | Jersey City | 07303 | 0 |
| NJ | Hudson | Jersey City | 07304 | 41,233 |
| NJ | Hudson | Jersey City | 07305 | 60,104 |
| NJ | Hudson | Jersey City | 07306 | 52,669 |
| NJ | Hudson | Jersey City | 07307 | 43,812 |
| NJ | Hudson | Jersey City | 07308 | 0 |
| NJ | Hudson | Jersey City | 07310 | 12,838 |
| NJ | Hudson | Jersey City | 07311 | 522 |
| NJ | Hudson | Jersey City | 07395 | 0 |
| NJ | Hudson | Jersey City | 07399 | 0 |

Total Unit(s)[1] Population: 500,519

Initials: _A CORP_

Date: 11 - 18 - 19

Initials: _KB_ **FRANCHISEE**

Date: 11 - 13 - 19

---

[1] One unit is equal to 125,000 populations.

## APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|---|---|---|---|---|
| NJ | Somerset | All | All | 288,967 |
| NJ | Middlesex | Dunellen | 08812 | 14,296 |
| NJ | Middlesex | Kendall Park | 08824 | 12,115 |
| NJ | Middlesex | Middlesex | 08846 | 13,635 |
| NJ | Middlesex | Monmouth Junction | 08852 | 17,220 |
| NJ | Middlesex | Piscataway | 08854 | 55,961 |
| NJ | Middlesex | Piscataway | 08855 | 0 |
| NJ | Middlesex | New Brunswick | 08901 | 55,223 |
| NJ | Middlesex | North Brunswick | 08902 | 41,153 |
| NJ | Middlesex | New Brunswick | 08903 | 0 |
| NJ | Middlesex | Highland Park | 08904 | 13,982 |
| NJ | Middlesex | New Brunswick | 08906 | 0 |
| NJ | Middlesex | New Brunswick | 08933 | 0 |
| NJ | Middlesex | New Brunswick | 08989 | 0 |

Total Unit(s)[1] Population: 512,552

Initials: _DMA_ (signature)    Initials: _RB_ (signature)
**A CORP**                          **FRANCHISEE**

Date: _11-18-19_                   Date: _11-13-19_

---

[1] One unit is equal to 125,000 populations.

## APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|-------|--------|-----------|-----------|------------|
| NJ | Hudson | Harrison | 07029 | 16,026 |
| NJ | Hudson | Kearny | 07032 | 40,684 |
| NJ | Hudson | North Bergen | 07047 | 60,773 |
| NJ | Hudson | Secaucus | 07094 | 16,264 |
| NJ | Hudson | Secaucus | 07096 | 0 |
| NJ | Hudson | Kearny | 07099 | 0 |
| NJ | Essex | Fairfield | 07004 | 7,440 |
| NJ | Essex | Caldwell | 07006 | 24,812 |
| NJ | Essex | Caldwell | 07007 | 0 |
| NJ | Essex | Cedar Grove | 07009 | 12,411 |
| NJ | Essex | East Orange | 07017 | 35,945 |
| NJ | Essex | East Orange | 07018 | 28,322 |
| NJ | Essex | East Orange | 07019 | 0 |
| NJ | Essex | Essex Fells | 07021 | 2,091 |
| NJ | Essex | Glen Ridge | 07028 | 7,618 |
| NJ | Essex | Livingston | 07039 | 29,358 |
| NJ | Essex | Montclair | 07042 | 25,599 |
| NJ | Essex | Montclair | 07043 | 12,138 |
| NJ | Essex | Verona | 07044 | 13,584 |
| NJ | Essex | Orange | 07050 | 30,074 |
| NJ | Essex | Orange | 07051 | 0 |
| NJ | Essex | West Orange | 07052 | 46,182 |
| NJ | Essex | Roseland | 07068 | 5,819 |
| NJ | Essex | Bloomfield | 07003 | 47,312 |
| NJ | Essex | Belleville | 07109 | 35,897 |
| NJ | Essex | Nutley | 07110 | 28,351 |

Total Unit(s)[1] Population: 526,700

Initials: _____ 

**A CORP**

Date: _01-08-21_

Initials: **KB**

**FRANCHISEE**

Date: _12-30-2020_

---

[1] One unit is equal to 125,000 populations.

## APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|-------|--------|-----------|-----------|------------|
| NJ | Middlesex | Avenel | 07001 | 16,305 |
| NJ | Middlesex | Carteret | 07008 | 22,844 |
| NJ | Middlesex | Port Reading | 07064 | 3,723 |
| NJ | Middlesex | Colonia | 07067 | 18,036 |
| NJ | Middlesex | Sewaren | 07077 | 2,766 |
| NJ | Middlesex | South Plainfield | 07080 | 23,377 |
| NJ | Middlesex | Woodbridge | 07095 | 19,844 |
| NJ | Middlesex | Cranbury | 08512 | 10,105 |
| NJ | Middlesex | Plainsboro | 08536 | 20,073 |
| NJ | Middlesex | Dayton | 08810 | 8,401 |
| NJ | Middlesex | East Brunswick | 08816 | 46,298 |
| NJ | Middlesex | Edison | 08817 | 44,621 |
| NJ | Middlesex | Edison | 08818 | 0 |
| NJ | Middlesex | Edison | 08820 | 39,590 |
| NJ | Middlesex | Helmetta | 08828 | 2,178 |
| NJ | Middlesex | Iselin | 08830 | 18,459 |
| NJ | Middlesex | Monroe Township | 08831 | 45,620 |
| NJ | Middlesex | Keasbey | 08832 | 2,863 |
| NJ | Middlesex | Edison | 08837 | 15,847 |
| NJ | Middlesex | Metuchen | 08840 | 16,558 |
| NJ | Middlesex | Milltown | 08850 | 8,281 |
| NJ | Middlesex | Old Bridge | 08857 | 39,898 |
| NJ | Middlesex | Parlin | 08859 | 21,526 |
| NJ | Middlesex | Perth Amboy | 08861 | 53,099 |
| NJ | Middlesex | Perth Amboy | 08862 | 0 |
| NJ | Middlesex | Fords | 08863 | 12,320 |
| NJ | Middlesex | Sayreville | 08871 | 0 |
| NJ | Middlesex | Sayreville | 08872 | 18,811 |
| NJ | Middlesex | South Amboy | 08879 | 23,537 |
| NJ | Middlesex | South River | 08882 | 16,008 |
| NJ | Middlesex | Spotswood | 08884 | 8,257 |
| NJ | Middlesex | Edison | 08899 | 0 |

Total Unit(s)[1] Population: 579,245

Initials: _____
**A CORP**

Date: _01-08-21_

Initials: _KD_
**FRANCHISEE**

Date: _12-30-2020_

[1] One unit is equal to 125,000 populations.

## APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|-------|--------|-----------|-----------|------------|
| NJ | Bergen | All | All | 925,328 |

Total Unit(s)[1] Population: 925,328

Initials: _____
A CORP

Date: 6-9-2020

Initials: _____
**FRANCHISEE**

Date: 02-14-2020

Initials: _____
**FRANCHISEE**

Date: 2-11-2020

---

[1] One unit is equal to 125,000 populations.

# APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|-------|--------|-----------|-----------|------------|
| NY | Rockland | Palisades | 10964 | 1,472 |
| NY | Rockland | Tappan | 10983 | 5,532 |
| NY | Rockland | Orangeburg | 10962 | 5,950 |
| NY | Rockland | Pearl River | 10965 | 14,791 |
| NY | Rockland | Blauvelt | 10913 | 5,532 |
| NY | Rockland | Nyack | 10960 | 15,093 |
| NY | Rockland | Palisades | 10994 | 1,472 |
| NY | Rockland | Bardonia | 10954 | 23,045 |
| NY | Rockland | Spring Valley | 10977 | 59,048 |
| NY | Rockland | New City | 10956 | 31,521 |
| NY | Rockland | Valley Cottage | 10989 | 9,293 |
| NY | Rockland | Congers | 10920 | 8,554 |
| NY | Rockland | Haverstraw | 10927 | 11,910 |
| NY | Rockland | Garnerville | 10923 | 8,732 |
| NY | Rockland | West Haverstraw | 10993 | 4,769 |
| NY | Rockland | Stony Point | 10980 | 13,383 |
| NY | Rockland | Tomkins Cove | 10986 | 1,974 |
| NY | Rockland | Thiells | 10984 | 2,842 |
| NY | Rockland | Pomona | 10970 | 9,993 |
| NY | Rockland | Sparkill | 10976 | 2,258 |
| NY | Rockland | Piermont | 10968 | 2,353 |
| NY | Rockland | Monsey | 10952 | 38,917 |

Total Unit(s)[1] Population: 278,434

Initials: _____
**A CORP**

Date: 01-08-21

Initials: *KB*
**FRANCHISEE**

Date: 12-30-2020

---

[1] One unit is equal to 125,000 populations.

## EXHIBIT A

## GUARANTY OF PERFORMANCE

The undersigned, who each own 5% or more of **FRANCHISEE**, jointly and severally guaranty the performance of **FRANCHISEE** pursuant to this Franchise Agreement.

By: _Klodian Belegu_ _____
Klodian Belegu

Date: 12-30-2020 _____

By: _____

Date: _____

To Be Executed By Principal Stockholder(s) If Franchisee Is a Corporation.

The undersigned, principal stockholder(s) of the above Franchisee, for value received, hereby absolutely and unconditionally guarantee(s) full performance and payment when due of all of Franchisee's obligations to A CORP pursuant to the above Agreement.

## XX, FRANCHISEE

By: _____

Date: _____

By: _____

Date: _____

## APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|---|---|---|---|---|
| NY | West Chester | Amawalk | 10501 | 1,219 |
| NY | West Chester | Armonk | 10504 | 7,987 |
| NY | West Chester | Baldwin Place | 10505 | 851 |
| NY | West Chester | Bedford | 10506 | 5,790 |
| NY | West Chester | Bedford Hills | 10507 | 6,408 |
| NY | West Chester | Briarcliff Manor | 10510 | 9,988 |
| NY | West Chester | Buchanan | 10511 | 2,246 |
| NY | West Chester | Chappaqua | 10514 | 11,946 |
| NY | West Chester | Crompond | 10517 | 539 |
| NY | West Chester | Cross River | 10518 | 1,268 |
| NY | West Chester | Croton Falls | 10519 | 316 |
| NY | West Chester | Croton on Hudson | 10520 | 12,810 |
| NY | West Chester | Croton on Hudson | 10521 | 0 |
| NY | West Chester | Golden Bridge | 10526 | 1,809 |
| NY | West Chester | Granite Springs | 10527 | 908 |
| NY | West Chester | Hawthorne | 10532 | 4,931 |
| NY | West Chester | Jefferson Valley | 10535 | 555 |
| NY | West Chester | Katonah | 10536 | 10,739 |
| NY | West Chester | Lincondale | 10540 | 0 |
| NY | West Chester | Maryknoll | 10545 | 141 |
| NY | West Chester | Millwood | 10546 | 1,277 |
| NY | West Chester | Mohegan Lake | 10547 | 7,647 |
| NY | West Chester | Montrose | 10548 | 3,487 |
| NY | West Chester | Mount Kisco | 10549 | 16,638 |
| NY | West Chester | North Salem | 10560 | 4,737 |
| NY | West Chester | Ossining | 10562 | 31,796 |
| NY | West Chester | Peekskill | 10566 | 23,570 |
| NY | West Chester | Cortlandt Manor | 10567 | 19,929 |
| NY | West Chester | Pleasantville | 10570 | 12,680 |
| NY | West Chester | Pound Ridge | 10576 | 5,116 |
| NY | West Chester | Purdy's | 10578 | 681 |
| NY | West Chester | Shenorock | 10587 | 0 |
| NY | West Chester | Shrub Oak | 10588 | 2,282 |
| NY | West Chester | Somers | 10589 | 8,475 |
| NY | West Chester | South Salem | 10590 | 6,767 |
| NY | West Chester | Tarrytown | 10591 | 22,540 |
| NY | West Chester | Thornwood | 10594 | 5,117 |
| NY | West Chester | Valhalla | 10595 | 8,195 |
| NY | West Chester | Verplanck | 10596 | 1,729 |
| NY | West Chester | Waccabuc | 10597 | 968 |
| NY | West Chester | Yorktown Heights | 10598 | 28,647 |

Total Unit(s)[1] Population: 292,729

Initials: ~~~~~~

**A CORP**

Date:  11-18-19

Initials: _KB_

**FRANCHISEE**

Date:  9-29-19

---

[1] One unit is equal to 125,000 populations.

**APPENDIX 1**

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|-------|--------|-----------|-----------|------------|
| NY | Richmond | All | All | 468,730 |

Total Unit(s)[1] Population: 468,730

Initials: _____
**A CORP**

Date: 6-9-2020

Initials: _____
**FRANCHISEE**

Date: 6-2-2020

Initials: _____
**FRANCHISEE**

Date: _____

---

[1] One unit is equal to 125,000 populations.

# APPENDIX 1

The Licensed Territory defined below is granted to **FRANCHISEE** on the condition that **FRANCHISEE** performs the obligations set forth in the Agreement to which this Appendix is attached:

| STATE | COUNTY | CITY/TOWN | ZIP CODES | POPULATION |
|-------|--------|-----------|-----------|------------|
| PA | Bucks | Jamison | 18929 | 9,306 |
| PA | Bucks | Newtown | 18940 | 28,825 |
| PA | Bucks | Richboro | 18954 | 9,745 |
| PA | Bucks | Southampton | 18966 | 37,999 |
| PA | Bucks | Warminster | 18974 | 40,953 |
| PA | Bucks | Warrington | 18976 | 19,795 |
| PA | Bucks | Washington Crossing | 18977 | 4,291 |
| PA | Bucks | Wycombe | 18980 | 510 |
| PA | Bucks | Bristol | 19007 | 21,125 |
| PA | Bucks | Bensalem | 19020 | 55,493 |
| PA | Bucks | Croydon | 19021 | 10,074 |
| PA | Bucks | Fairless Hills | 19030 | 12,122 |
| PA | Bucks | Lanhorne | 19047 | 35,056 |
| PA | Bucks | Fort Washington | 19048 | 0 |
| PA | Bucks | Fort Washington | 19049 | 0 |
| PA | Bucks | Feasterville Trevose | 19053 | 25,966 |
| PA | Bucks | Levittown | 19054 | 17,437 |
| PA | Bucks | Levittown | 19055 | 13,924 |
| PA | Bucks | Levittown | 19056 | 15,486 |
| PA | Bucks | Levittown | 19057 | 17,191 |
| PA | Bucks | Levittown | 19058 | 0 |
| PA | Bucks | Morrisville | 19067 | 51,334 |
| PA | Montgomery | Abington | 19001 | 17,020 |
| PA | Montgomery | Huntington Valley | 19006 | 21,423 |
| PA | Montgomery | Cheltenham | 19012 | 6,670 |
| PA | Montgomery | Dresher | 19025 | 5,395 |
| PA | Montgomery | Elkins Park | 19027 | 19,067 |
| PA | Montgomery | Flourtown | 19031 | 4,700 |
| PA | Montgomery | Fort Washington | 19034 | 5,999 |
| PA | Montgomery | Glenside | 19038 | 31,595 |
| PA | Montgomery | Hatboro | 19040 | 20,536 |
| PA | Montgomery | Horsham | 19044 | 15,853 |
| PA | Montgomery | Jenkintown | 19046 | 17,809 |
| PA | Montgomery | Oreland | 19075 | 7,354 |
| PA | Montgomery | Will Grove | 19090 | 18,832 |
| PA | Montgomery | Wyncote | 19095 | 7,063 |

Total Unit(s)[1] Population: 625,948

---

[1] One unit is equal to 125,000 populations.

Initials: _____
          **A CORP**

Date: ___6-9-2020___

Initials: _____
          **FRANCHISEE**

Date: ___6-2-2020___


Initials: _____
          **FRANCHISEE**

Date: _____

# EXHIBIT C

← Search Google Maps    🔍    ✕

🔖
Saved

🕑
Recents

## 911 Sewer & Drain
Plumber
Toms River
**PLACE DETAILS**



 **Shenelle LaPierre**

⋮

★★★★★ 2 months ago

Zero stars. Do not work with this company, they are scammers, will tell you one thing and do the opposite. April 2024 my hot water heater failed and Cinch (Home warranty) dispatched Rooter man Plumbing and Restoration to service my home. The plumber was supposed to assess the HW heater and restoration team for the water damage. Plumber deemed the HW heater needed to be replaced, fine. The Restoration people removed my carpet, fine, that was ruined by water damage. They had the audacity to take my rubber gym tiles, ceiling tiles, entry way doors, door hinges, removed my metal pipe for drying venting and anything else they deemed necessary without consulting me. Took my stuff and hauled it away in their vans before I noticed my belongings were gone. Their workers shut off my water because they didn't drain the water heater and assumed insurance would cover me for room and board. The "so called owner" came to my home, insisted the damage was a category 2 when insurance deemed category 1 based on their numbers. Ceiling tiles weren't wet and no one told them to dispose of everything other than the carpet. Then audaciously invoiced my insurance company for over $70k of work which was never quoted prior to doing the work. Now there is white residue everywhere in my basement from whatever "solution" they used meanwhile Donovan claimed Dawn dish soap was their cleaning agent against mold

# EXHIBIT D



←     Search Google Maps     Q     ✕

☰

🔖
Saved

**911 Sewer & Drain**
Plumber
Toms River
**PLACE DETAILS**

🕙
Recents



**William Wild**

⋮

★★★★★ a year ago

They arrived quickly and explained the process completely. They offered a few possible solutions to help solve the issue. They were friendly and worked quickly and solved the issue. I would call them again if I had another problem.

👍 Like     ≪ Share

**Response from the owner** a year ago
Thank you for taking time to review Rooter Man of NJ, William! We're thrilled to hear you had a wonderful experience and that your problem was solved quickly. It's great to know we provided helpful information on potential solutions as well - our team is always here if you have any other plumbing emergencies in the future. Your feedback is invaluable and I'm just glad it was all positive this time around! Thanks again for choosing us!

# EXHIBIT E



