UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rooterman, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Klodian Belegu, Quality Air Care Corporation, RM Water Damage Restoration LTD and 911 Sewer & Drain Corporation.<br><br>　　　　Defendants. | Civil Action No. 1:24-cv-13015<br><br>**NOTICE OF FILING** |

　　　　PLEASE TAKE NOTICE that Defendants hereby file and serve Defendant, Klodian Belegu's Declaration, attached hereto as **Exhibit A**, in compliance with the Court's Order of January 29, 2025 (ECF No. 23).[1]

Dated: February 28, 2025.　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Marc J. Randazza
　　　　　　　　　　　　　　　　　　　　　Marc J. Randazza, BBO# 651477
　　　　　　　　　　　　　　　　　　　　　mjr@randazza.com, ecf@randazza.com
　　　　　　　　　　　　　　　　　　　　　Jay M. Wolman, BBO# 666053
　　　　　　　　　　　　　　　　　　　　　jmw@randazza.com
　　　　　　　　　　　　　　　　　　　　　RANDAZZA LEGAL GROUP, PLLC
　　　　　　　　　　　　　　　　　　　　　30 Western Avenue
　　　　　　　　　　　　　　　　　　　　　Gloucester, MA 01930
　　　　　　　　　　　　　　　　　　　　　Tel: (978) 801-1776

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants.*

---

[1] Mr. Belegu had a scrivener's error in dating the declaration. He signed it on February 27, 2025.

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza