UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rooterman, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Klodian Belegu, Quality Air Care Corporation, RM Water Damage Restoration LTD and 911 Sewer & Drain Corporation.<br><br>　　　　　　　Defendants. | Civil Action No. 1:24-cv-13015 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Klodian Belegu, Quality Air Care Corporation, Water Damage Restoration, Ltd. f/k/a RM Water Damage Restoration, Ltd., and 911 Sewer & Drain Corporation, hereby respond to Plaintiff's Notice of Supplemental Authority (ECF No. 27). The Court should strike such as improper under Local Rule 7.1(b)(3).

Plaintiff's notice is not a proper supplemental authority. Typically, "such supplemental filings should direct the Court's attention to legal authority or evidence that was not available to the filing party at the time that that party filed the original brief to which the subsequent supplemental filing pertains." *Girard v. Aztec RV Resort, Inc.*, 2011 U.S. Dist. LEXIS 105855, at *6 (S.D. Fla. Sep. 16, 2011). Plaintiff, however, is attempting to make argument as to a 39-year-old case, *Alexander & Alexander, Inc. v. Danahy*, 21 Mass. App. Ct. 488, 488 N.E.2d 22 (1986). Plaintiff had plenty of opportunity to cite to *Danahy* prior to the hearing.

Moreover, as Plaintiff notes, *Danahy* involved significant factors regarding the individual's role at the non-party entity as well as being "closely identified with" the non-party "in the mind of the public." Robert Danahy was the one performing insurance brokerage services for the company, RBH. In contrast, Plaintiff introduced no evidence that the public closely identifies Mr. Belegu with non-party entities Water Damage Restoration or 911 Sewer & Drain.

For the foregoing reasons, the Court should disregard Plaintiff's notice of supplemental authority and deny any preliminary injunction, especially as to the non-party entities.

Dated: March 7, 2025.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza