# EXHIBIT 14A

# 911 Sewer & Drain

4.6 ★★★★☆ (356)
**Permanently closed**

| Overview | Reviews | About |

- Directions
- Save
- Nearby
- Send to phone
- Share

☐ 1049 Church Rd, Toms River, NJ 08755

☐ Permanently closed

☐ 911sewerdrain.com

☐ (800) 295-5798

☐ 2Q5P+V7 Toms River, New Jersey

☐ Suggest an edit

## From the owner



Discover the Best Local Drain Snaking Services

5 days ago
Learn more

## Photos & videos


All


Bathroom


Pipe


By owner

## Review summary



5
4
3
2
1

**4.6**
★★★★☆
356 reviews

L    "Before starting the job I was quoted a **price** and they stayed within that **budget**."

E    "When I scheduled the service, I was told 39.00 **dollar service charge**."

J    "Clear clogged piping to sink answered all my concerns and questions quite pricey"

Reviews                                                                                    Sort

All        technician  21      job  13       home  13       inspection  12       +6

B    **Betty Hester**
     4 reviews

     5 days ago    NEW

The company sent a tech Ron he was great very professional, kind and knowledgeable about his profession also the company very quickly to my request

☐ Like    ☐ Share