NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF INC, (PROFIT)

## 911 PLUMBING AND RESTORATION INC.
## 0451272526

The above-named DOMESTIC PROFIT CORPORATION was duly filed in accordance with New Jersey State Law on 04/15/2025 and was assigned identification number 0451272526. Following are the articles that constitute its original certificate.

1. **Name:**
   911 PLUMBING AND RESTORATION INC.

2. **Registered Agent:**
   SANDRO PATERNO

3. **Registered Office:**
   58 WOODSHILL DRIVE SOUTH
   LAKEWOOD, NEW JERSEY 08701

4. **Business Purpose:**
   GENERAL

5. **Duration:**
   PERPETUAL

6. **Stock:**
   1000

7. **Effective Date of this filing is:**
   04/15/2025

8. **Designation of Shares:**
   THE AGGREGATE NUMBER OF SHARES WHICH THE CORPORATION SHALL HAVE AUTHORITY TO ISSUE IS 1000 SHARES, EACH SHARE BEING OF THE SAME CLASS, WITH NO PAR VALUE.

9. **First Board of Directors:**
   SANDRO PATERNO
   58 WOODSHILL DRIVE SOUTH
   LAKEWOOD, NEW JERSEY 08701

10. **Incorporators:**
    SANDRO PATERNO
    58 WOODSHILL DRIVE SOUTH
    LAKEWOOD, NEW JERSEY 08701

11. **Main Business Address:**
    1049 CHURCH ROAD
    TOMS RIVER, NEW JERSEY 08755

    **Signatures:**
    SANDRO PATERNO
    INCORPORATOR

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF INC, (PROFIT)

### 911 PLUMBING AND RESTORATION INC.
### 0451272526



*Certificate Number : 4276618911*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 15th day of April, 2025*

*Elizabeth Maher Muoio*
*State Treasurer*

## NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES
## CERTIFICATE OF ALTERNATE NAME

### 911 PLUMBING AND RESTORATION INC.
### 0451272526

I, the Treasurer of the State of New Jersey, do hereby certify that the above-name did on the 17th of April, 2025, file and record in this department a Certificate of Alternate Name.

1. **Business Name:** 911 PLUMBING AND RESTORATION INC.

2. **New Jersey Business Entity ID:** 0451272526

3. **Alternate Name:**

    **Name:** 911 SEWER AND DRAIN

    **Activity To Be Conducted Using Alternate Name**
      DRAIN CLEANING

    **Alternate Name is Valid Until:** 04/17/2030

    **Signature and Title**
    SANDRO PATERNO, PRESIDENT

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 17th day of April, 2025*

*Elizabeth M. Muoio*
*State Treasurer*

*Certificate Number : 4276801042*

*Verify this certificate online at*

*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*