

**+1 (629) 318-0237**

Text Message • SMS
Tuesday 2:55 PM

Hi Jeff! If you loved Rooter Man of NJ would you mind leaving us a review? Thanks, we really appreciate it! Here's the link: https://review.new/o/t/cbjmugv3

The sender is not in your contact list.
**Report Junk**

Text Message • SMS