# In the Matter of:

*Rooterman, LLC vs*

*Klodian Belegu, Quality Air Care Corporation, et al.*

*Megan Belegu*

*April 02, 2025*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

35

```
 1   Exhibit 1.  Share my screen with you.
 2                   (Exhibit 1, Business
 3        Entity Status Report, was marked for
 4        identification.)
 5   BY MR. ROSIN:
 6        Q     Can you see the screen?  It
 7   says Business Entity Status Report?
 8        A     Yes.
 9        Q     Hold on.  There's a company
10   there called -- well, it says, Principal
11   Name, Megan Belegu, for a company name
12   Rooterman of New Jersey, LLC.
13                   Are you familiar with
14   Rooterman of New Jersey, LLC?
15        A     I am.
16        Q     And what do you know about
17   that entity?
18        A     I know that it exists.
19        Q     And what does it do?
20        A     At the moment, nothing.
21        Q     And what did it used to do?
22        A     It ran the plumbing services
23   for Rooterman.
24        Q     And what do you mean it ran
```

Case 1:24-cv-13015-PBS   Document 61-6   Filed 04/24/25   Page 3 of 3

Rooterman, LLC vs                                                    Megan Belegu
Klodian Belegu, Quality Air Care Corporation, et al.                April 02, 2025

36

```
 1   the plumbing services for Rooterman?
 2         A     That was the corporation name.
 3         Q     So all plumbing service money
 4   went through that LLC?
 5         A     Correct.
 6         Q     Did it have its own bank
 7   account?
 8         A     That is the bank account that
 9   I was referring to.
10         Q     The one at TD Bank?
11         A     Yes.
12         Q     And that was for all of New
13   Jersey?
14         A     Yes.
15         Q     Was there a separate bank
16   account for Water Damage Restoration?
17         A     Not at that time.
18         Q     I'm just going to pull up the
19   next exhibit.
20               MR. WOLMAN:  Are you going to
21         be sending these one by one?
22               MR. ROSIN:  Yeah.
23               MR. WOLMAN:  Okay.
24   BY MR. ROSIN:
```