UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rooterman, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>Klodian Belegu, Quality Air Care Corporation, Water Damage Restoration, Ltd f/k/a RM Water Damage Restoration LTD and 911 Sewer & Drain Corporation,<br><br>                Defendants. | Civil Action No. 1:24-cv-13015<br><br>**CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)** |

    I, Klodian Belegu, Defendant in the above-captioned matter, certify that I have conferred and discussed the establishment of a budget for the court of conducting litigation in the above-captioned matter, as well as the consideration of the resolution of litigation through alternative dispute resolution, such as those outlined in L.R. 16.4.

                                                  Defendant

                                                  _/s/ Klodian Belegu_

                                                  Klodian Belegu, Defendant

RANDAZZA | LEGAL GROUP

Dated: May 1, 2025.                    Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza