Case 1:24-cv-13015-PBS    Document 99-3    Filed 05/28/25    Page 1 of 49




EXHIBIT
C

CALL US NOW! | 24/7

📞 (888) 317-1702    ✉ info@rootermanplumberservices.com    f 𝕏 ⊙ 🔗



24/7 EMERGENCY SERVICE    SERVICES ⌄    BLOG    CONTACT

SCHEDULE SERVICE

📞 CALL US NOW!

Rooter Man of NJ is the number one choice for **professional plumbers** and **drain cleaners**. We offer fast, reliable services that will help you when it matters most!

Serving all of **New Jersey**, **Staten Island New York**, and **Bucks County Pennsylvania**

BOOK A PLUMBER YOU



Case 1:24-cv-13015-PBS    Document 99-3    Filed 05/29/25    Page 2 of 49

 



24/7 EMERGENCY SERVICE    SERVICES ⌄    BLOG    CONTACT

SCHEDULE SERVICE



## RESIDENTIAL PLUMBING

Rooter-Man residential plumbers install, repair, and maintain pipes in the drainage system for homes.

  


24/7 EMERGENCY SERVICE     SERVICES ⌄     BLOG     CONTACT

SCHEDULE SERVICE



## COMMERCIAL PLUMBING

Our commercial plumbers are specialized plumbers who work on retail & commercial businesses.

CALL US NOW! | 24/7



📞 (888) 317-1702     ✉ info@rootermanplumberservices.com     f   𝕏   ⊙   ⟩

**24/7 EMERGENCY SERVICE**     **SERVICES** ⌄     **BLOG**     **CONTACT**

**SCHEDULE SERVICE**



## EMERGENCY REPAIR

Our emergency plumbers can find the cause of backups, leaks, sump pump failures, and flooding fast!

# Rooter-Man Plumber Services

- 24/7 Emergency Plumbing Services
- Drain Cleaning & Clog Removal
- Garbage Disposal Services



- And Much More!

VIEW ALL SERVICES



## 📞 NEED A 24/7 EMERGENCY PLUMBER?

Call Us Direct To Speak With One Of Our Coordinators & Have A Rooter Man of NJ
Plumber Immediately Dispatched To Diagnose & Repair Your Plumbing
Emergency!



**24/7 EMERGENCY SERVICE**   **SERVICES** ⌄   **BLOG**   **CONTACT**

**SCHEDULE SERVICE**



# We Work With Your Budget

We understand that plumbing repairs and emergencies can incur unexpected costs which is why we strive to offer the lowest prices throughout New Jersey when compared to our competitors. We offer a service guarantee and same-day plumbing services.

CALL NOW TO SCHEDULE AN APPOINTMENT

# Schedule Your Same-Day Appointment & Let Us Do the Rest

We have plumbers available 24/7 ready to help you with almost any plumbing repair, clogged drain, leaky pipes, water damage & flooding, garbage disposals, toilets and much more!

SPEAK TO ONE OF OUR BOOKING AGENTS NOW

📞 (888) 317-1702    ✉ info@rootermanplumberservices.com    f ⤫ ◎ ⎈



24/7 EMERGENCY SERVICE    SERVICES ⌄    BLOG    CONTACT

SCHEDULE SERVICE





# Find A Rooter-Man Plumber Near You

Contact us now to quickly dispatch a certified Rooter-Man technician near you!

**CLICK HERE TO SCHEDULE**

# We Fix All Types Of Plumbing Problems

We know that you want the best for your home, family, and business, which is why we strive to provide quality workmanship. Our plumbing technicians are certified in inspections as well as repairs – guaranteed!



**CALL US NOW! | 24/7**

📞 (888) 317-1702    ✉ info@rootermanplumberservices.com    Facebook  X  Instagram  RSS

**24/7 EMERGENCY SERVICE**    **SERVICES** ⌄    **BLOG**    **CONTACT**

**SCHEDULE SERVICE**



Learn More

## Leak Detection

We can help you locate the problem and repair it quickly and affordably.



Learn More

## Drain Cleaning

Rooter-Man has over 50+ years of experience unclogging drains of all types.



**CALL US NOW! | 24/7**

📞 (888) 317-1702    ✉ info@rootermanplumberservices.com

24/7 EMERGENCY SERVICE    SERVICES ⌄    BLOG    CONTACT

SCHEDULE SERVICE



Learn More

## Video Inspections

Video pipe inspections check the insides of pipes in your home or business.



Learn More

## Water Jetting

Affordable water jetting services that can immediately clear debris from your lines.

📞 (888) 317-1702    ✉ info@rootermanplumberservices.com    f  X  📷  📡



24/7 EMERGENCY SERVICE    SERVICES ⌄    BLOG    CONTACT

SCHEDULE SERVICE



Learn More

## Toilet Repair

Rooter-Man provides a wide range of toilet repair and installation services.



Learn More

## Sump Pumps

We provide sump pump installation, maintenance, and repair services.

VIEW ALL SERVICES



**24/7 EMERGENCY SERVICE**    **SERVICES** ⌄    **BLOG**    **CONTACT**

**SCHEDULE SERVICE**

out some of our reviews below; we think this will help make sure your decision about
who handles your plumbing repairs goes smoothly (and without any surprises!).

# Latest Reviews



**Shore D.**
2/11/2024

Rooter man of nj is the best plumbing service I've ever used, the reason why is because of
employees like Everest who was outstanding and very professional from every aspect I will
most definitely be using this service again thank you so much

read more

**Elizabeth**
1/10/2024

I am very pleased with the quality of work and integrity of the Plummer sent out for the job.
He showed up on a Friday night and diagnosed and repaired a major clog in my kitchen "P"
pipe. He worked meticulously and took his time to make sure the clog was resolved. I high...

read more

**M**  **Mikel H.**
7/09/2024

Incredible service plumbing job was awesome!

# 24/7 "Plumber Near Me" Technicians You Can Trust



24/7 EMERGENCY SERVICE     SERVICES ⌄     BLOG     CONTACT

SCHEDULE SERVICE



### NO HIDDEN FEES

We take pride in offering plumbing services with no trip charges (during regular business hours) and no hidden fees.



### GUARANTEED WORKMANSHIP

Our friendly, professional plumbing technicians are ready to help the same day. Guaranteed to get you the prompt, effective service you deserve.



### SERVING YOUR AREA

Rooter-Man has local plumbers that serve your area 24/7. Don't hesitate to give us a call as we can dispatch a plumber to help the same day!

## Latest Blog Posts




## Find Reliable 24 Hour Sump Pump Repair Near Me

by Blog | Dec 4, 2024 | Plumber Services

```html Find Reliable 24 Hour Sump Pump Repair Near Me When it comes to safeguarding your home from potential water damage, having a reliable sump pump in place is crucial. Sump pumps play a vital role in redirecting excess water away from your foundation, especially...

read more






### Finding a Natural Gas Plumber Near Me: Your Local Guide

by Blog | Dec 2, 2024 | Plumber Services

``` html Finding a Natural Gas plumber near me: Your Local Guide When it comes to maintaining the safety and efficiency of your home's gas systems, finding a reliable natural gas plumber near me is essential. Natural gas plumbing requires specialized knowledge and...

read more

« Older Entries

## WHY CHOOSE ROOTER MAN OF NJ?

In the plumbing business, experience matters. Our team of **certified plumbers** has successfully resolved countless emergencies. When you choose **Rooter Man of NJ**, you're choosing expertise, reliability, and peace of mind.

Rooter Man - Plumbing & Drain Cleaning - Free Estimate



24/7 EMERGENCY SERVICE    SERVICES ⌄    BLOG    CONTACT

SCHEDULE SERVICE

## TO SCHEDULE SERVICE CLICK HERE

# ROOTER MAN OF NJ IS TRUSTED BY:







# AREAS WE SERVICE

Atlantic County | Bergen County | Burlington County | Camden County | Cape May County | Cumberland County | Essex County | Gloucester County | Hudson County | Hunterdon County | Mercer County | Middlesex County | Monmouth County | Morris County | Ocean County | Passaic County | Salem County | Somerset County | Sussex County | Union County | Warren County

## "Plumbers You Can Rely On."

-5 Star Google Reivews

CALL NOW TO SCHEDULE

📞 (888) 317-1702    ✉ info@rootermanplumberservices.com    facebook  X  instagram  rss



24/7 EMERGENCY SERVICE    SERVICES ⌄    BLOG    CONTACT

SCHEDULE SERVICE

# *"Plumbers You Can Rely On."*

-5 Star Google Reivews

**CLICK HERE TO SCHEDULE**



📞 (888) 317-1702     ✉ info@rootermanplumberservices.com     f  X  📷  🔔

24/7 EMERGENCY SERVICE     SERVICES ⌄     BLOG     CONTACT

SCHEDULE SERVICE







CALL US NOW! | 24/7

☎ (888) 317-1702     ✉ info@rootermanplumberservices.com     f  𝕏  ⌾  ⌗

24/7 EMERGENCY SERVICE     SERVICES ⌄     BLOG     CONTACT

SCHEDULE SERVICE



## QUICK LINKS

Plumber Services

24/7 Emergency Plumbers

Water Damage Restoration

Drain Cleaning

Pipe Repair Services

Sump Pump Repair & Installation

Leak Detection

Toilet Repair & Installation

Hydro Jetting / Water Jetting

Video Inspections

Sewer Pump Repair & Installation

Garbage Disposal Repair & Installation

## CONTACT US

Main Office:

**Rooter Man of NJ**

1049 Church Rd.

Toms River, NJ 08755

T. 888-317-1702

E. info@rootermanplumberservices.com

Hours:

Mon-Thurs: 5:00am – 10:00pm

Friday: 5:00am – 6:00pm

Saturday: 9:00am – 5:00pm

Sunday: 9:00am – 3:00pm

Serving all of New Jersey

📞 (888) 317-1702    ✉ info@rootermanplumberservices.com     



24/7 EMERGENCY SERVICE    SERVICES ⌄    BLOG    CONTACT

SCHEDULE SERVICE



Copyright 2023 Rooter-Man Plumbing & Drain Cleaning. All rights Reserved.

Operated as an Independent Franchise All available services, hours of operations, pricing structure, and guarantees may vary by location.

**Privacy Policy**



℄ (866) 244-4569    ✉ info@rootermannewark.com



≡

# PLUMBER IN NEWARK NJ: YOUR GO-TO SOURCE FOR RELIABLE PLUMBING & DRAIN SOLUTIONS

Count on Us for Plumbing and Drain Solutions: Rooter Man



℄ **CALL US NOW**

## GET A FREE QUOTE!

## YOUR TRUSTED PLUMBER IN NEWARK NJ PARTNER FOR PLUMBING AND DRAIN NEEDS

Welcome to our world of expertise and unparalleled service. At Rooter Man, we pride ourselves on being your plumber in Newark NJ for all your plumbing and restoration needs. With a legacy of excellence spanning decades, we've honed our craft and earned the trust of countless satisfied customers.

Our dedicated team of professionals is equipped with the knowledge and skills to tackle any plumbing issue, from routine maintenance to emergency repairs. Whether it's a troublesome toilet, a pipe in need of repair, or the aftermath of water damage, we're here to provide efficient solutions that exceed your expectations.



About Us ───────────────

## PLUMBER IN NEWARK NJ, PREFERRED PLUMBING AND DRAIN PROVIDER

Rooter Man is a trusted leader in the service industry, known for our unwavering commitment to excellence. With a rich history spanning several decades, we've established ourselves as a reliable partner for all your plumbing and restoration needs. Our

team of highly skilled professionals in Newark, New Jersey is dedicated to delivering top-notch service with a smile.

Whether it's a plumbing emergency, a toilet repair, pipe issues, or water damage restoration, we've got you covered. We take pride in our quick response times, technical expertise, and a customer-centric approach that puts your satisfaction first. At our company, quality, and integrity are at the core of everything we do. We're not just a service provider; we're your trusted ally in maintaining and restoring your home or business in Newark, New Jersey.

With us as a plumber in Newark NJ, you can expect efficiency, reliability, and a commitment to excellence that sets us apart in the industry.

**Know More** ➡

# OUR PLUMBER IN NEWARK NJ SERVICES

## PLUMBER

Trust our expert plumber in Newark NJ for leak fixes, installations, and maintenance. We handle all plumbing needs efficiently and professionally.

**View More** ➔

## TOILET REPAIR

Swift toilet repairs to fix clogs, leaks, and flushing issues. We ensure your bathroom stays functional and hygienic.

**View More** ➔

## WATER DAMAGE RESTORATION

We offer rapid response to water damage emergencies. We restore your property in Newark, New Jersey to its pre-damage condition, minimizing disruption.

**View More** ➡

## DRAIN CLEANING

Say goodbye to clogged drains. Our experts use advanced techniques to clear blockages, preventing backups.

**View More** ➡

## PIPE REPAIR

Experienced in repairing pipe leaks and burst pipes. Our team at Rooter Man ensures water flow is restored promptly.

**View More** ➡

# SOLUTIONS THAT FLOW SEAMLESSLY

**Get In Touch With Us** ➡

# THE BENEFITS OF CHOOSING PROFESSIONAL PLUMBING SERVICES

## 01.

### EXPERTISE AND KNOWLEDGE

Professional plumbing services bring years of expertise and in-depth knowledge to the table. Their technicians are trained to handle a wide range of plumbing issues, from simple repairs to complex installations. They understand the intricacies of plumbing systems, ensuring accurate diagnostics and effective solutions.

## 02.

### QUALITY WORKMANSHIP

When you choose professional plumbers, you can expect quality workmanship. They use the right tools, materials, and techniques to ensure that repairs and installations are done to the highest standards. This leads to long-lasting results, reducing the risk of recurring problems.

## 03.

## TIMELY AND EFFICIENT SERVICE

Professional plumbers prioritize efficiency. They respond promptly to your plumbing needs, minimizing downtime and inconvenience. Their experience allows them to complete tasks swiftly without compromising on quality, saving you both time and money.

## 04.

## COMPLIANCE WITH CODES AND REGULATIONS

Professional plumbers are well-versed in local building codes and regulations. They ensure that all work is done in compliance with these standards, preventing potential legal issues and ensuring the safety of your plumbing system.

## 05.

## COMPREHENSIVE SERVICES

From routine maintenance to emergency repairs and complex installations, professional plumbing services offer a wide range of solutions. This one-stop approach means you can rely on them for all your plumbing needs, simplifying the process and providing peace of mind.

## 06.

## WARRANTY AND GUARANTEES

Many professional plumbing services offer warranties and guarantees on their work. This means that if an issue arises after the service, they will return to rectify it at no extra cost, giving you added protection and assurance.

## 07.

## ADVICE AND CONSULTATION

Professionals can provide valuable advice on plumbing system maintenance and upgrades. They help you make informed decisions to enhance system efficiency and longevity, ultimately saving you money in the long run.

# WHY CHOOSE US?



## ROUND-THE-CLOCK RELIABILITY

When plumbing problems strike unexpectedly, we're your 24/7 lifeline. Our emergency response team at Rooter Man is always ready to provide swift solutions, no matter the hour.



## CUTTING-EDGE TECHNOLOGY

We stay ahead of the curve with state-of-the-art equipment and techniques. From advanced leak detection to high-pressure hydrojetting, we use technology to deliver top-notch results.



## TRANSPARENT PRICING

#1 Plumber in Newark NJ | 866-241-4369

With us, there are no surprises. Our transparent pricing ensures you know exactly what you're paying for, giving you peace of mind during every service.



## EXPERTISE THAT MATTERS

Choose us in Newark, New Jersey because we bring years of industry expertise to every job. Our skilled technicians have seen it all, ensuring your plumbing issues are handled with precision and care.



## SATISFACTION GUARANTEED

Your satisfaction is our priority. We stand behind our work and are committed to ensuring you're delighted with the results. Choose us for a service experience in Newark, New Jersey that exceeds your expectations.

## CONTACT ROOTER MAN, PLUMBER IN NEWARK NJ, FOR YOUR PLUMBING NEEDS

For all your plumbing needs, Rooter Man is just a call away. Our expert team of plumbers in Newark NJ is ready to tackle any issue, from minor repairs to major installations. We pride ourselves on delivering prompt, efficient, and reliable service, ensuring your plumbing works seamlessly.

With years of experience and a commitment to quality, you can trust us to get the job done right the first time. Contact Rooter Man today for a plumbing service in Newark, New Jersey that prioritizes your satisfaction. We're here to keep your pipes flowing, toilets flushing, and drains clear. Your plumbing concerns are our expertise – reach out and experience the difference.

# FREQUENTLY ASKED QUESTIONS

## What Should I Do About a Burst Pipe?                    ⌃

If a pipe bursts, first shut off your main water supply to prevent further damage. Then, call a professional plumber immediately for repairs and assistance.

Plumber in Newark NJ

## What to Do During an Emergency?                    ⌄

## How Do I Fix a Clogged Bathtub and Sink Drain?                    ⌄

## Why are Plumbing Services Important?                    ⌄

## Do You Do Free Plumbing Consultations?                    ⌄

# BLOG



**Top-Rated Local Residential Plumbers in Newark, NJ: Your Ultimate Guide**

October 21, 2024 /// No Comments

When your faucet's leaking and your toilet won't quit its tantrum, the search for top-rated local residential Plumbers in Newark, NJ becomes the ultimate quest

Read More »



## Top Tips for Finding Newark Sewer Repair Services Near You

October 20, 2024 /// No Comments

When it comes to keeping your home in top-notch shape, addressing sewer issues can't be ignored. Your nose wrinkles; foul odors wafting up through the

**Read More »**



## Finding Affordable Home Plumbers in Newark

October 20, 2024 /// No Comments

Nestled among Newark's historic neighborhoods and bustling streets, a fundamental truth surfaces—homeowners here need plumbing heroes that don't cost an arm and a leg. The

**Read More »**

## ABOUT

## CONTACT

Rooter Man
(866) 244-4569
info@rootermannewark.com

## SERVICES

Plumber
Toilet Repair
Pipe Repair
Drain Cleaning
Water Damage Restoration

# LOCATION



Copyright 2023 | Rooter Man | Designed by **The SEO Crunch**

Privacy Policy     Terms of Use



℘ (866) 244-4569     ✉ info@rootermannewark.com



☰

📅 OCTOBER 21, 2024

Top-Rated Local Residential Plumbers in Newark, NJ: Your Ultimate Guide



When your faucet's leaking and your toilet won't quit its tantrum, the search for top-rated local residential Plumbers in Newark, NJ becomes the ultimate quest on your journey to serenity. Around here, it's not just about finding any Plumber, it's about locating a wizard who holds the magical certification — because let's face it, safety …

Continue reading »

📅 OCTOBER 20, 2024

Top Tips for Finding Newark Sewer Repair Services Near You



When it comes to keeping your home in top-notch shape, addressing sewer issues can't be ignored. Your nose wrinkles; foul odors wafting up through the drains. Is your water backup impersonating a kiddie pool? Time to put "Newark sewer repair near me" in your search bar. Not tomorrow, today. We all know procrastination is the ...

Continue reading »

  OCTOBER 20, 2024

Finding Affordable Home Plumbers in Newark



Nestled among Newark's historic neighborhoods and bustling streets, a fundamental truth surfaces—homeowners here need plumbing heroes that don't cost an arm and a leg. The trick here is not just finding someone who can fix a leaky faucet, but someone who won't flood your wallet while saving your floors. Plumbing issues, they're sort of like ...

Continue reading »

📅 OCTOBER 19, 2024

Efficient Commercial Drain Services in Newark, NJ: Ensuring Smooth Operations



In the bustling heart of Newark, NJ, where business doesn't sleep, neither should your drains. Picture this: perhaps it's a busy lunch rush at a downtown café, or a high-stakes meeting in an office tower. The last thing you want is a plumbing hiccup bringing everything to a screeching halt. Smooth operations are the lifeblood ...

Continue reading »

 OCTOBER 19, 2024

Essential Guide to Water Heater Replacement in Newark, NJ



Picture this: it's the middle of winter, you're covered in soap, and your shower decides to host an impromptu ice bucket challenge. We've all been there. Replacing a water heater isn't just about avoiding chilly surprises; it's also about good economics. When a tank gets older than your favorite '90s sitcom, replacing it is wise. ...

Continue reading »

 OCTOBER 18, 2024

Top Home Plumbing Services Near You in Newark



In the bustling city of Newark, finding the best home plumbing services is not just a convenience, it's a necessity. Ever paused to consider how vital reliable plumbing services are for maintaining the sanctity of your abode? When a leaky faucet or a stubborn clog threatens the peace of your home, you need more than ...

Continue reading »

📅 OCTOBER 18, 2024

Finding Reliable Newark NJ Plumbing Repair Services



Diving into the world of Plumbing Repair can seem as daunting as fixing a leaky faucet—perhaps even more so if you genuinely expect long-term solutions. In Newark, NJ, where bustling streets echo with tales of both triumph and tribulation, the significance of efficient plumbing in maintaining the day-to-day rhythm cannot be overstated. Think of plumbing ...

Continue reading »

 OCTOBER 17, 2024

Expert Tips for Residential Water Leak Repair in Newark, NJ



Water leaks, pesky little nuisances, don't let them fool ya. In Newark, NJ, they're like uninvited guests making an unexpected plunge into our homes. The climate here, fraught with unexpected temperature swings and aging infrastructure, can turn what seems a mere drip into a torrent of chaos. We're not just talking a puddle. We're talking ...

Continue reading »

 OCTOBER 17, 2024

Finding Affordable Commercial Plumbing Services in Newark



Running a business in Newark? You know the thrill, the grind, the occasional panic attack when the coffee machine refuses to cooperate. But what about those pipes rattling beneath your feet? Ah yes, the unsung heroes of your operation. Reliable plumbing? It's like the backstage crew in a Broadway show: invisible and absolutely essential. Finding …

Continue reading »

 OCTOBER 16, 2024

Top Services for Drain Cleaning Near You in Newark, NJ



Drain Cleaning in Newark, NJ—it's as regular as pizza on Friday nights or traffic on a Monday morning. But those drains don't unclog themselves! Let's talk about those bubbling woes that sneak up on our pipes like party crashers. Clogged sinks and sewer backups? Oh, they're more common than you'd think. Ignoring them is like …

Continue reading »

ABOUT

CONTACT

Rooter Man

📞 (866) 244-4569

✉ info@rootermannewark.com

## SERVICES

🔗 Plumber
🔗 Toilet Repair
🔗 Pipe Repair
🔗 Drain Cleaning
🔗 Water Damage Restoration

## LOCATION



Copyright 2023 | Rooter Man | Designed by **The SEO Crunch**

Privacy Policy          Terms of Use

☏ (866) 244-4569    ✉ info@rootermannewark.com



☰

# CONTACT US

## LET'S GET IN TOUCH..

### Rooter Man
☏ **(866) 244-4569**
✉ info@rootermannewark.com

## SEND A MESSAGE

Contact Us | Rooter Man | 866-244-4569



# ABOUT

# CONTACT

Rooter Man

(866) 244-4569

info@rootermannewark.com

# SERVICES

Contact Us | Rooter Man | 866-244-4569

🔗 Plumber

🔗 Toilet Repair

🔗 Pipe Repair

🔗 Drain Cleaning

🔗 Water Damage Restoration

# LOCATION



**Newark**
View larger map

Copyright 2023 | Rooter Man | Designed by **The SEO Crunch**

Privacy Policy          Terms of Use