EXHIBIT 1

# In the Matter of:

*Rooterman, LLC vs*

*Klodian Belegu, Quality Air Care Corporation, et al.*

*Klodian Belegu*

*March 12, 2025*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

                                                                                                                       74

1                    (Resumed at 11:56.)
2        Q.   Mr. Belegu, we're back on the record.  You
3    said you formed lots of corporations over the
4    years; can you estimate how many?
5        A.   No, I can't recall.
6        Q.   Say that again.
7        A.   I can't recall.
8        Q.   Do you use a lawyer to form corporations or
9    do you do them on your own?
10       A.   Sometimes a lawyer, sometimes my wife.
11       Q.   And who's the lawyer you used?
12       A.   It was Paterno Law Firm.
13       Q.   So if there was a corporation formed for
14   you by a lawyer, it would be the "Paterna" Law Firm
15   that did it?
16               MR. WOLMAN:   Paterno.
17       A.   Paterno, yes.
18       Q.   And where in New Jersey is the Paterno Law
19   Firm?
20       A.   Actually, they are in Broadway, in New York
21   City, and the lawyer lives in Toms River.
22       Q.   Do you know whether every entity that's
23   been formed for you is a New Jersey entity?
24   Because, for example, you could form a Delaware

Case 1:24-cv-13015-PBS   Document 108-1   Filed 08/01/25   Page 3 of 3

Rooterman, LLC vs                                                    Klodian Belegu
Klodian Belegu, Quality Air Care Corporation, et al.              March 12, 2025

75

1  corporation.
2      A.  I don't know.  If a lawyer did it, I have
3  no idea.  I wouldn't say that is anything in
4  Delaware, but I'm going to have to ask my wife or
5  Sandro about that.
6      Q.  So your wife or who would know?
7      A.  Sandro, Alessandro.
8      Q.  Alexandra?
9      A.  Sandro is the lawyer, Sandro Paterno, yes.
10     Q.  Sandro Paterno?
11     A.  Yes.
12     Q.  So that we have the spelling, is it
13 S A N D R O?
14     A.  Sandro, yes, I believe so.  I called him
15 Alessandro for some reason for the past 20 years,
16 but I had it wrong, and he never said anything.
17     Q.  So I've heard you say that you did water
18 damage restoration work through Quality Air Care
19 Corporation?
20     A.  Correct.
21     Q.  Two companies with the words "water damage"
22 in them?
23     A.  Correct.
24     Q.  Are there any other corporations you've