**Paterno & Associates PC**
11 Broadway Suite 865
New York, NY 10004
Info@paternoandassociates.com
+1 212 732 2006



**April 28, 2025**

Lisbeth Yaldez, Esq.

O'HAGAN MEYR, PLLC

140 Kendrick St., Bldg. C West, 2nd Floor

Needham, MA 02494

**Re: Subpoena Duces Tecum – *Rooterman LLC v. Klodian Belegu, et al.*
Civil Action No. 1:24-cv-13015**

Dear Ms. Yaldez

Pursuant to the subpoena duces tecum issued in the above-captioned matter, I, Sandro Paterno, Esq., of Paterno & Associates PC, provide the following response regarding entities incorporated on behalf of Klodian Belegu and his partners from January 1, 2018 to the present:

1. **RM Water Damage Restoration Inc.**
   - Incorporated: December 5, 2022
   - State of Incorporation: New Jersey
2. **RM Roofing and Construction Corporation**
   - Incorporated: December 2, 2022
   - State of Incorporation: New Jersey
3. **R-M Construction Roofing Corporation**
   - Incorporated: December 22, 2022
   - State of Incorporation: New Jersey
4. **R-Water Damage Ltd.**
   - Incorporated: December 22, 2022
   - State of Incorporation: New Jersey

These entities were incorporated at the request of Klodian Belegu and/or his business partners.

RM Water Damage Restoration Inc. is the only entity that has been in business, and for it, I am attaching:

a) Certificate of Incorporation

b) IRS Letter Assigning Employer Identification Number

c) Certificate of Amendment

d) Certificate of Alternate Name

Additionally, I am also attaching a copy of the certificate of incorporation for RM ROOFING & CONSTRUCTION CORP. The certificates of incorporation of R-M Construction Roofing Corporation and R-Water Damage Ltd. were filed by another attorney of my office, whose employment was terminated in April 2024, and I have been unable to find any other records.

It should be noted that the corporate books of RM Roofing & Construction Corp, R-M Construction & Roofing Corporation, and R-M Water Damage Ltd are kept in my office, still sealed, without any stock certificates issued.

I am not in possession of any document and/or information beyond what has been provided above in response to the subpoena.

Please contact me if you require any clarification or further information.

Sincerely,

*[signature]*

**Sandro Paterno, Esq.**
Paterno & Associates PC

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF INC, (PROFIT)

## RM WATER DAMAGE RESTORATION LTD
### 0450894893

The above-named DOMESTIC PROFIT CORPORATION was duly filed in accordance with New Jersey State Law on 12/05/2022 and was assigned identification number 0450894893. Following are the articles that constitute its original certificate.

1. **Name:**
   RM WATER DAMAGE RESTORATION LTD

2. **Registered Agent:**
   KLODIN BELEGU

3. **Registered Office:**
   1049 CHURCH ROAD
   TOMS RIVER, NEW JERSEY 08755

4. **Business Purpose:**
   ANY AND ALL LAWFUL PURPOSES FOR WHICH A CORPORATION MAY BE FORMED

5. **Duration:**
   PERPETUAL

6. **Stock:**
   1000

7. **Effective Date of this filing is:**
   12/05/2022

8. **First Board of Directors:**
   KLODIAN BELEGU
   1049 CHURCH ROAD
   TOMS RIVER, NEW JERSEY 08755

9. **Incorporators:**
   KLODIAN BELEGU
   1049 CHURCH ROAD
   TOMS RIVER, NEW JERSEY 08755

10. **Main Business Address:**
    1049 CHURCH ROAD
    TOMS RIVER, NEW JERSEY 08755

    **Signatures:**
    KLODIAN BELEGU
    INCORPORATOR

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF INC, (PROFIT)

### RM WATER DAMAGE RESTORATION LTD
### 0450894893



*Certificate Number : 4191404885*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

*IN TESTIMONY WHEREOF, I have*
*hereunto set my hand and*
*affixed my Official Seal*
*5th day of December, 2022*

*Elizabeth Maher Muoio*
*State Treasurer*

```
IRS DEPARTMENT OF THE TREASURY
    INTERNAL REVENUE SERVICE
    PHILADELPHIA  PA    19255-0023
```

Date of this notice: 12-12-2022

Employer Identification Number:
92-1262131

Form: SS-4

Number of this notice: CP 575 A

```
000598.483994.284460.6136 1 MB 0.515 920
```

RM WATER DAMAGE RESTORATION LTD
% SANDRO PATERNO
1049 CHURCH ROAD
TOMS RIVER  NJ    08755

000598

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 92-1262131. This EIN will identify your entity, accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did not apply for this EIN, please visit, www.irs.gov/einnotrequested.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following forms by the dates shown.

            Form 1120                          04/15/2024

If you have questions about the forms or the due dates shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, Accounting Periods and Methods.

We assigned you a tax classification (corporation, partnership, etc.) based on information obtained from you or your representative. It is not a legal determination of your tax classification and is not binding of the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, Entity Classification Election. See Form 8832 and its instructions for additional information.

*New Jersey Division of Revenue & Enterprise Services*
*Certificate Of Amendment To The Certificate Of*
*Incorporation By The Incorporator(s)*
*NJSA 14A:9-1 et seq.*
*New Jersey Profit Corporation Act*

State of New Jersey
Department of the Treasury
Division of Revenue & Enterprise Services
Business Amendments
Filed

Validation Number: 4195354269
01/17/23 14:29:20

Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.js

The Undersigned Incorporator(s), for the purpose of amending the original Certificate of Incorporation, does (do) hereby execute the following Certificate of Amendment, pursuant to the provisions of NJSA 14A:9-1 et seq..

1. Name of Corporation: RM WATER DAMAGE RESTORATION LTD

2. Corporation Number: 0450894893

3. Amendments:

    Article 2, the Officers and Directors are amended to the following:

    KLODIAN BELEGU, PRESIDENT
    1049 CHURCH ROAD
    TOMS RIVER, NJ 08755

    TRAVIS J HERSHNER, MEMBER
    3 TRADEWINDS AVENUE
    BARNEGAT, NJ 08005

    DULJAN BELEGU, SECRETARY
    956 CONTINENTAL AVENUE
    TOMS RIVER, NJ 08753

    ELTON BREGU, VICE PRESIDENT
    102 SERPENTINE DRIVE
    MORGANVILLE, NJ 07751

    KLEVES SHABANI, VICE PRESIDENT
    51 WESTMORELAND AVENUE
    MONTVALE, NJ 07645

4. The foregoing amendment was adopted by the unanimous consent of the Incorporator(s) before the organization meeting of the first Board of Directors/Trustees.

The undersigned represent(s) that this filing complies with State law as detailed in NJSA 14A:9-1 et seq. and that they are authorized to sign this form on behalf of the NJ Domestic For-Profit Corporation on January 17, 2023.

**Signature**
KLODIAN BELEGU
DULJAN BELEGU
TRAVIS HERSHNER
ELTON BREGU
KLEVES SHABANI

*NEW JERSEY DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*
*CERTIFICATE OF ALTERNATE NAME*

### RM WATER DAMAGE RESTORATION LTD
*0450894893*

I, the Treasurer of the State of New Jersey, do hereby certify that the above-name did on the 18th of January, 2023, file and record in this department a Certificate of Alternate Name.

1. **Business Name:** RM WATER DAMAGE RESTORATION LTD

2. **New Jersey Business Entity ID:** 0450894893

3. **Alternate Name:**

    **Name:** ROOTER MAN

    **Activity To Be Conducted Using Alternate Name**
    PLUMBING, DRAIN CLEANING

    **Alternate Name is Valid Until:** 01/18/2028

    **Signature and Title**
    KLODIAN BELEGU, PRESIDENT

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 18th day of January, 2023*

*Elizabeth M. Muoio*
*State Treasurer*

*Certificate Number : 4195466047*

*Verify this certificate online at*

*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF INC, (PROFIT)

### RM ROOFING & CONSTRUCTION CORP.
### 0450894886

The above-named DOMESTIC PROFIT CORPORATION was duly filed in accordance with New Jersey State Law on 12/05/2022 and was assigned identification number 0450894886. Following are the articles that constitute its original certificate.

1. **Name:**
   RM ROOFING & CONSTRUCTION CORP.

2. **Registered Agent:**
   KLODIN BELEGU

3. **Registered Office:**
   1049 CHURCH ROAD
   TOMS RIVER, NEW JERSEY 08755

4. **Business Purpose:**
   ANY AND ALL LAWFUL PURPOSES FOR WHICH A CORPORATION MAY BE FORMED

5. **Duration:**
   PERPETUAL

6. **Stock:**
   1000

7. **Effective Date of this filing is:**
   12/05/2022

8. **First Board of Directors:**
   KLODIAN BELEGU
   1049 CHURCH ROAD
   TOMS RIVER, NEW JERSEY 08755

9. **Incorporators:**
   KLODIAN BELEGU
   1049 CHURCH ROAD
   TOMS RIVER, NEW JERSEY 08755

10. **Main Business Address:**
    1049 CHURCH ROAD
    TOMS RIVER, NEW JERSEY 08755

    **Signatures:**
    KLODIAN BELEGU
    INCORPORATOR

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF INC, (PROFIT)

### RM ROOFING & CONSTRUCTION CORP.
### 0450894886



*Certificate Number : 4191403444*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

*IN TESTIMONY WHEREOF, I have*
*hereunto set my hand and*
*affixed my Official Seal*
*5th day of December, 2022*

*Elizabeth Maher Muoio*
*State Treasurer*