NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

**EXHIBIT 3**

## CERTIFICATE OF INC, (PROFIT)

### 911 PLUMBING AND RESTORATION INC.
### 0451272526

The above-named DOMESTIC PROFIT CORPORATION was duly filed in accordance with New Jersey State Law on 04/15/2025 and was assigned identification number 0451272526. Following are the articles that constitute its original certificate.

1. **Name:**
   911 PLUMBING AND RESTORATION INC.

2. **Registered Agent:**
   SANDRO PATERNO

3. **Registered Office:**
   58 WOODSHILL DRIVE SOUTH
   LAKEWOOD, NEW JERSEY 08701

4. **Business Purpose:**
   GENERAL

5. **Duration:**
   PERPETUAL

6. **Stock:**
   1000

7. **Effective Date of this filing is:**
   04/15/2025

8. **Designation of Shares:**
   THE AGGREGATE NUMBER OF SHARES WHICH THE CORPORATION SHALL HAVE AUTHORITY TO ISSUE IS 1000 SHARES, EACH SHARE BEING OF THE SAME CLASS, WITH NO PAR VALUE.

9. **First Board of Directors:**
   SANDRO PATERNO
   58 WOODSHILL DRIVE SOUTH
   LAKEWOOD, NEW JERSEY 08701

10. **Incorporators:**
    SANDRO PATERNO
    58 WOODSHILL DRIVE SOUTH
    LAKEWOOD, NEW JERSEY 08701

11. **Main Business Address:**
    1049 CHURCH ROAD
    TOMS RIVER, NEW JERSEY 08755

    **Signatures:**
    SANDRO PATERNO
    INCORPORATOR

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF INC, (PROFIT)

### 911 PLUMBING AND RESTORATION INC.
### 0451272526



*Certificate Number : 4276618911*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

*IN TESTIMONY WHEREOF, I have*
*hereunto set my hand and*
*affixed my Official Seal*
*15th day of April, 2025*

*Elizabeth Maher Muoio*
*State Treasurer*

*New Jersey Division of Revenue & Enterprise Services*
*Certificate Of Amendment To The Certificate Of*
*Incorporation By The Incorporator(s)*
*NJSA 14A:9-1 et seq.*
*New Jersey Profit Corporation Act*

```
                                      State of New Jersey
                                      Department of the Treasury
                                      Division of Revenue & Enterprise Services
                                             Business Amendments
                                                    Filed

                                         Validation Number: 4281883925
                                              06/03/25 18:31:11

                                         Verify this certificate online at
                                  https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp
```

The Undersigned Incorporator(s), for the purpose of amending the original Certificate of Incorporation, does (do) hereby execute the following Certificate of Amendment, pursuant to the provisions of NJSA 14A:9-1 et seq..

1. Name of Corporation: 911 PLUMBING AND RESTORATION INC.

2. Corporation Number: 0451272526

3. Amendments:

    Article 12, the Officers and Directors are amended to the following:

        SANDRO PATERNO, OTHER
        58 WOODSHILL DRIVE SOUTH
        LAKEWOOD, NJ 08701

4. The foregoing amendment was adopted by the unanimous consent of the Incorporator(s) before the organization meeting of the first Board of Directors/Trustees.


The undersigned represent(s) that this filing complies with State law as detailed in NJSA 14A:9-1 et seq. and that they are authorized to sign this form on behalf of the NJ Domestic For-Profit Corporation on June 03, 2025.

**Signature**

SANDRO PATERNO

*New Jersey Division of Revenue & Enterprise Services*
*Certificate Of Amendment To The Certificate Of*
*Incorporation By The Incorporator(s)*
*NJSA 14A:9-1 et seq.*
*New Jersey Profit Corporation Act*

```
                                     State of New Jersey
                                    Department of the Treasury
                                 Division of Revenue & Enterprise Services
                                          Business Amendments
                                               Filed

                                     Validation Number: 4278172304
                                            04/30/25 12:22:44

                                     Verify this certificate online at
                                https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp
```

The Undersigned Incorporator(s), for the purpose of amending the original Certificate of Incorporation, does (do) hereby execute the following Certificate of Amendment, pursuant to the provisions of NJSA 14A:9-1 et seq..

1. Name of Corporation: 911 PLUMBING AND RESTORATION INC.

2. Corporation Number: 0451272526

3. Amendments:

   Article 12, the Officers and Directors are amended to the following:

        SANDRO PATERNO, OTHER
        58 WOODSHILL DRIVE SOUTH
        LAKEWOOD, NJ 08701

        TRAVIS J HERSHNER, MANAGER
        3 TRADEWINDS AVE
        BARNEGAT, NJ 08005

4. The foregoing amendment was adopted by the unanimous consent of the Incorporator(s) before the organization meeting of the first Board of Directors/Trustees.

The undersigned represent(s) that this filing complies with State law as detailed in NJSA 14A:9-1 et seq. and that they are authorized to sign this form on behalf of the NJ Domestic For-Profit Corporation on April 30, 2025.

   **Signature**
   SANDRO PATERNO
   TRAVIS HERSHNER

*NEW JERSEY DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*
*CERTIFICATE OF ALTERNATE NAME*

*911 PLUMBING AND RESTORATION INC.*
*0451272526*

I, the Treasurer of the State of New Jersey, do hereby certify that the above-name did on the 29th of May, 2025, file and record in this department a Certificate of Alternate Name.

1. **Business Name:** 911 PLUMBING AND RESTORATION INC.

2. **New Jersey Business Entity ID:** 0451272526

3. **Alternate Name:**

   **Name:** RM WATER DAMAGE RESTORATION

   **Activity To Be Conducted Using Alternate Name**
   DRAIN CLEANING AND WATER RESTORATION

   **Alternate Name is Valid Until:** 05/29/2030

   **Signature and Title**
   SANDRO PATERNO, PRESIDENT

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 29th day of May, 2025*

*Elizabeth M. Muoio*
*State Treasurer*

*Certificate Number : 4281308581*

*Verify this certificate online at*

*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

## NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES
## CERTIFICATE OF ALTERNATE NAME

### 911 PLUMBING AND RESTORATION INC.
### 0451272526

I, the Treasurer of the State of New Jersey, do hereby certify that the above-name did on the 17th of April, 2025, file and record in this department a Certificate of Alternate Name.

1. **Business Name:** 911 PLUMBING AND RESTORATION INC.

2. **New Jersey Business Entity ID:** 0451272526

3. **Alternate Name:**

   **Name:** 911 SEWER AND DRAIN

   **Activity To Be Conducted Using Alternate Name**
     DRAIN CLEANING

   **Alternate Name is Valid Until:** 04/17/2030

   **Signature and Title**
   SANDRO PATERNO, PRESIDENT

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 17th day of April, 2025*

*Elizabeth M. Muoio*
*State Treasurer*

*Certificate Number : 4276801042*

*Verify this certificate online at*

*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*