**EXHIBIT 2**

# Asset Sale Agreement

Between RM Water Damage Restoration Ltd, Klodian Belegu (Sellers), and Edison Qose (Buyer)

This Asset Sale Agreement ("Agreement") is entered into on this fifteenth day of April 2025 by and between:

1. **RM Water Damage Restoration Ltd** and **Klodian Belegu** ("Sellers"), collectively referred to as "Sellers," and

2. **Edison Qose** ("Buyer"), collectively referred to as "Buyer."

## Recitals

- WHEREAS, the Sellers owe the Buyer approximately **$285,000** for works performed by the Buyer;

- WHEREAS, the Sellers are compelled to shut down the business due to a Court Order and are forced to sell the assets of the Corporation;

- WHEREAS, the Buyer agrees to release the Sellers from their financial obligation of $285,000 and, as consideration, will receive certain assets from the Sellers;

NOW, THEREFORE, in consideration of the mutual covenants and promises set forth herein, the parties agree as follows:

## Article 1: Sale of Assets

1.1 **Assets to be Transferred:**

The Sellers agree to transfer and sell the following assets to the Buyer:

- **5 trucks** used for plumbing;

- **4 trucks** used for remediation;

- All respective equipment associated with the above trucks.

## Article 2: Consideration

2.1 **Release of Obligation:**

In exchange for the assets listed in Article 1, the Buyer agrees to release the Sellers from their financial obligation of **$285,000** owed to the Buyer.

2.2 **Transaction Finality:**

The Buyer acknowledges and agrees that upon receipt of the assets, the Sellers shall have no further monetary obligations to the Buyer with respect to the aforementioned debt.

## Article 3: Representations and Warranties

3.1 **Sellers' Representations:**

The Sellers represent and warrant that:

- They have clear and marketable title to the assets being transferred;

- The assets are free from liens, encumbrances, and legal claims;

- They have the legal authority to sell the assets as described in this Agreement.

3.2 **Buyer's Representations:**

The Buyer represents and warrants that:

- They have the capacity and financial ability to accept the transferred assets;

- They accept the assets on an "as-is" basis.

## Article 4: Closing

4.1 **Closing Date:**

The parties agree that the transfer of assets will occur on or before [Insert Date].

4.2 **Delivery of Assets:**

The Sellers shall deliver the assets listed in Article 1 to the Buyer at [Insert Location], along with all associated documentation and titles necessary for ownership transfer.

## Article 5: Governing Law

This Agreement shall be governed by and interpreted in accordance with the laws of [Insert Jurisdiction].

## Article 6: Entire Agreement

This Agreement constitutes the entire agreement among the parties and supersedes all prior discussions, negotiations, and agreements related to the subject matter of this Agreement.

## Article 7: Signatures

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first written above.

- **Sellers:**
- RM Water Damage Restoration Ltd
- By: _K Beleg_
- Title: _President_
- Klodian Belegu
- By: _KBelegu_
- **Buyer:**
- Edison Qose
- By: _[signature]_