NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

**EXHIBIT 4**

# CERTIFICATE OF FORMATION

## EDD GENERAL CONSTRUCTION LLC
## 0450534119

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 08/26/2020 and was assigned identification number 0450534119. Following are the articles that constitute its original certificate.

1. **Name:**
   EDD GENERAL CONSTRUCTION LLC

2. **Registered Agent:**
   EDISON QOSE

3. **Registered Office:**
   12 COLONIAL DR
   UNIT F
   LITTLE FALLS, NEW JERSEY 07424

4. **Business Purpose:**
   GENERAL CONSTRUCTION

5. **Effective Date of this Filing is:**
   08/26/2020

6. **Members/Managers:**
   EDISON QOSE
   12 COLONIAL DR
   UNIT F
   LITTLE FALLS, NEW JERSEY 07424

7. **Main Business Address:**
   12 COLONIAL DR
   UNIT F
   LITTLE FALLS, NEW JERSEY 07424

**Signatures:**
EDISON QOSE
AUTHORIZED REPRESENTATIVE



Certificate Number : 4111829366
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 26th day of August, 2020*

*Elizabeth Maher Muoio*
*State Treasurer*

*NEW JERSEY DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*
*CERTIFICATE OF ALTERNATE NAME*

## EDD GENERAL CONSTRUCTION LLC
## 0450534119

I, the Treasurer of the State of New Jersey, do hereby certify that the above-name did on the 23rd of April, 2025, file and record in this department a Certificate of Alternate Name.

**1. Business Name:** EDD GENERAL CONSTRUCTION LLC

**2. New Jersey Business Entity ID:** 0450534119

**3. Alternate Name:**

   **Name:** 911 SEWER AND DRAIN

   **Activity To Be Conducted Using Alternate Name**
      DRAIN CLEANING

   **Alternate Name is Valid Until:** 04/23/2030

   **Signature and Title**
   EDISON QOSE, MANAGING MEMBER

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 23rd day of April, 2025*

*Elizabeth M. Muoio*
*State Treasurer*

*Certificate Number : 4277412651*

*Verify this certificate online at*

*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*