

**EXHIBIT 5**



# 911 Sewer & Drain of Little Falls

## The Best 24/7 Plumber Services, Drain Cleaning & Water Damage Restoration Company in Little Falls, NJ

Stuck with a clog, leak, or sewer backup? 911 Sewer & Drain dispatches **licensed plumbers in Little Falls, NJ** and surrounding areas like Newark, Jersey City, Paterson, Elizabeth, Clifton, East Orange, Passaic, Irvington, Hoboken, Wayne—24/7—to clear drains, repair pipes, stop water damage, and fix your plumbing problems fast.

Call **(973) 970-3107** now and get a **free quote** with upfront pricing.

**CALL FOR A FREE QUOTE** 📞

## Get A Quote

First Name *
[First Name]

Last Name *
[Last Name]

Email *
[Email]

Phone *
[Phone]

Service Interested In *
[Plumbing Service ▼]

[Submit]

# Plumbing Emergencies in Little Falls, NJ: How Our 24/7 Experts Stop Costly Damage Fast





Burst pipe flooding your basement, a stubborn drain clogging the kitchen sink, or a cold shower from a failing water heater—the moment plumbing trouble hits in **Little Falls, NJ**, daily life grinds to a messy, costly halt. Left unchecked, leaks soak drywall, mold creeps in, and utility bills skyrocket while you scramble to find an available technician after hours.

**911 Sewer & Drain of Little Falls** is the fast-acting cure: our licensed plumbers answer the phone **24/7**, arrive fully stocked in under an hour, and deliver flat-rate solutions for everything from emergency pipe repair and drain cleaning to water-heater, sump-pump, and garbage-disposal services—restoring comfort and preventing expensive damage before it spirals.

- Water is pooling under the sink, the toilet won't stop running, and that foul sewer smell is creeping through your home—right when you need to get on with your day in **Little Falls**.



- Every minute the leak, clog, or backup goes unchecked, drywall soaks up moisture, utility bills spike, and repair costs snowball. Worse, after-hours emergencies often mean long waits and hefty "trip fees" while water damage spreads behind the walls.

- One call to **911 Sewer & Drain of Little Falls, NJ** at **(973) 970-3107** puts a licensed, fully equipped plumber on your doorstep—24/7. We locate the problem fast, quote an upfront flat rate, and fix it on the first visit so you can get back to normal (with a workmanship guarantee to prove it).

**CALL FOR A FREE QUOTE** 📞

## Comprehensive Plumbing & Drain Services for Homeowners and Businesses in Little Falls, NJ

Whether you're facing a midnight burst pipe, a stubborn kitchen clog, or a cold-shower surprise, our licensed plumbers in Little Falls, NJ and neighboring towns like Newark, Jersey City, Paterson, Elizabeth, Clifton, East Orange, Passaic, Irvington, Hoboken, Wayne have you covered. Explore the services below to see how we tackle 24/7 emergency plumbing, precision drain cleaning, water-heater repair & installation, toilet and fixture upgrades, leak detection, pipe restoration, sump-pump solutions, and garbage-disposal fixes—all delivered with upfront pricing, same-day availability, and a workmanship guarantee.



### 24/7 Emergency Plumbing



### Drain Cleaning & Clog Removal



### Water Heater Repair & Installation





## Why Choose 911 Sewer & Drain in Little Falls, NJ?

Burst pipe flooding your basement, a stubborn drain clogging the kitchen sink, or a cold shower from a failing water heater—the moment plumbing trouble hits in **Little Falls, NJ**, daily life grinds to a messy, costly halt. Left unchecked, leaks soak drywall, mold creeps in, and utility bills skyrocket while you scramble to find an available technician after hours.
**911 Sewer & Drain of Little Falls** is the fast-acting cure: our licensed plumbers answer the phone **24/7**, arrive fully stocked in under an hour, and deliver flat-rate solutions for everything from emergency pipe repair and drain cleaning to water-heater, sump-pump, and garbage-disposal services—restoring comfort and preventing expensive damage before it spirals.

- **Rapid 24/7 Response—No Waiting Games**
  A live dispatcher answers every call, day or night, and a fully stocked truck is on the road in under 60 minutes. When water is spreading, seconds matter—so we treat your emergency like our own.

- **Licensed, Local, & Background-Checked Pros**
  Our plumbers aren't "gig" techs. They're New Jersey-licensed professionals who live in Little Falls, NJ, pass rigorous background checks, and receive ongoing training in the newest diagnostic tools.

- **Upfront, Flat-Rate Pricing—Zero Surprises**
  You'll approve the total cost before work begins. No hidden trip fees, no overtime penalties, just transparent numbers you can budget around.

- **Fix-It-Right-the-First-Time Guarantee**
  We back every repair and installation with industry-leading parts & labour warranties—so you're protected long after the van pulls away.

- **Clean-Home Promise**
  Shoe covers, drop cloths, and full cleanup come standard. Our goal is to leave your home cleaner than we found it, not swap one mess for another.





## Ready for Stress-Free Plumbing Service?

Call (973) 970-3177 now or fill out the quick form below—and experience why Little Falls, NJ homeowners choose 911 Sewer & Drain for fast, reliable, and guaranteed plumbing solutions.

Also serving Newark, Jersey City, Paterson, Elizabeth, Clifton, East Orange, Passaic, Irvington, Hoboken, Wayne.



CALL FOR A FREE QUOTE



Copyright 2025 911 Sewer & Drain. All rights reserved. All available services, hours of operations, pricing structure, and guarantees may vary by location.