**Form 1040** — Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**   **2023**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____   See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| KLODIAN | BELEGU | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| MEGAN | BELEGU | |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
692 SUSSEX CT

City, town, or post office. If you have a foreign address, also complete spaces below.   State: NJ   ZIP code: 08753
Toms River

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status** (Check only one box.)
- ☐ Single
- ☒ Married filing jointly (even if only one had income)
- ☐ Married filing separately (MFS)
- ☐ Head of household (HOH)
- ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets**: At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes   ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You: ☐ Were born before January 2, 1959   ☐ Are blind   Spouse: ☐ Was born before January 2, 1959   ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for: Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| BELEGU | | Daughter | ☐ | ☒ |
| BELEGU | | Daughter | ☒ | ☐ |

If more than four dependents, see instructions and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 3,500. |
| 1b | Household employee wages not reported on Form(s) W-2 | |
| 1c | Tip income not reported on line 1a (see instructions) | |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | |
| 1e | Taxable dependent care benefits from Form 2441, line 26 | |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 | |
| 1g | Wages from Form 8919, line 6 | |
| 1h | Other earned income (see instructions) | |
| 1i | Nontaxable combat pay election (see instructions) | |
| 1z | Add lines 1a through 1h | 3,500. |
| 2a | Tax-exempt interest | 2b Taxable interest |
| 3a | Qualified dividends  140. | 3b Ordinary dividends  145. |
| 4a | IRA distributions | 4b Taxable amount |
| 5a | Pensions and annuities | 5b Taxable amount |
| 6a | Social security benefits | 6b Taxable amount |
| 6c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 10. |
| 8 | Additional income from Schedule 1, line 10 | 156,509. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 160,164. |
| 10 | Adjustments to income from Schedule 1, line 26 | 11,057. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 149,107. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 27,700. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 24,253. |
| 14 | Add lines 12 and 13 | 51,953. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 97,154. |

**Standard Deduction for—**
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under *Standard Deduction,* see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2023)
UYA

Form 1040 (2023)    KLODIAN and MEGAN BELEGU                                                             Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ ____ | 16 | 11,982. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 11,982. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | 2,500. |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | 2,500. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 9,482. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 22,114. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 31,596. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 ....... 25a  335. | | |
| | b | Form(s) 1099 ....... 25b | | |
| | c | Other forms (see instructions) ....... 25c | | |
| | d | Add lines 25a through 25c | 25d | 335. |
| *If you have a qualifying child, attach Sch. EIC.* | 26 | 2023 estimated tax payments and amount applied from 2022 return | 26 | |
| | 27 | Earned income credit (EIC) ....... **NO**  27 | | |
| | 28 | Additional child tax credit from Schedule 8812 ....... 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 ....... 29 | | |
| | 30 | Reserved for future use ....... 30 | | |
| | 31 | Amount from Schedule 3, line 15 ....... 31  2,328. | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | 2,328. |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 2,663. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 0. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | 0. |
| *Direct deposit? See instructions.* | b | Routing number **XXXXXX**   c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number **XXXXXX** | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** ....... 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 28,933. |
| | 38 | Estimated tax penalty (see instructions) ....... 38 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☒ **Yes.** Complete below. | ☐ **No** |
|---|---|---|---|
| | Designee's name  **Andi Oparaku, CPA** | Phone no. **201-952-4519** | Personal identification number (PIN) |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation  **SELF EMPLOYED** | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. | | Email address | |

*Joint return? See instructions. Keep a copy for your records.*

**Paid Preparer Use Only**

| Preparer's signature  **Andi Oparaku, CPA** | Date **06/19/2025** | PTIN **P01236123** | Check if: ☐ Self-employed |
|---|---|---|---|
| Preparer's name  **Andi Oparaku, CPA** | | Phone no. **(201)952-4519** | |
| Firm's name  **Alba Translations CPA LLC** | | | |
| Firm's address  **12-45 River Rd, Fair Lawn, NJ, 07410** | | Firm's EIN **46-4259127** | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                      Form **1040** (2023)

UYA

| SCHEDULE C (Form 1040) | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Sole Proprietorship) Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065. Go to www.irs.gov/ScheduleC for instructions and the latest information. | **2023** Attachment Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| KLODIAN BELEGU | |

**A** Principal business or profession, including product or service (see instructions)
ROOTER

**B** Enter code from instructions

**C** Business name. If no separate business name, leave blank.
ROOTER MAN OF NJ

**D** Employer ID number (EIN) (see instr.)
85-2895010

**E** Business address (including suite or room no.)
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses . . . . [X] Yes [ ] No

**H** If you started or acquired this business during 2023, check here . . . . . . . . . . . [ ]

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . [ ] Yes [ ] No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . [ ] Yes [ ] No

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . [ ] | 1 | 4,101,506. |
| 2 | Returns and allowances . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . | 3 | 4,101,506. |
| 4 | Cost of goods sold (from line 42) . . . . . . | 4 | 25,101. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . | 5 | 4,076,405. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . | 7 | 4,076,405. |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---:|---:|---|---|---|---:|
| 8 | Advertising . . . . | 8 | 3,550. | 18 | Office expense (see instructions) . . | 18 | 1,255. |
| 9 | Car and truck expenses (see instructions) . . | 9 | | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . | 12 | | | b Other business property . . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . | 13 | | 21 | Repairs and maintenance . . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . . | 22 | 12,151. |
| | | | | 23 | Taxes and licenses . . . . . . | 23 | |
| 14 | Employee benefit programs (other than on line 19) . . . . | 14 | | 24 | Travel and meals: | | |
| | | | | | a Travel . . . . . . . . | 24a | |
| 15 | Insurance (other than health) . . | 15 | | | b Deductible meals (see instructions) | 24b | 608. |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . | 25 | |
| | a Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . | 26 | |
| | b Other . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 3,902,531. |
| 17 | Legal and professional services | 17 | 3,300. | | b Energy efficient commercial bldgs deduction (attach Form 7205) . . | 27b | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . . . . | 28 | 3,923,395. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . | 29 | 153,010. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | 153,010. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [X] All investment is at risk. 32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.     Schedule C (Form 1040) 2023
UYA
06/19/2025 01:15:06PM

Schedule C (Form 1040) 2023    KLODIAN BELEGU                                              Page **2**

## Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:   **a** [X] Cost    **b** [ ] Lower of cost or market    **c** [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation.   [ ] Yes   [X] No

| Line | Description | Amount |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 12,550. |
| 38 | Materials and supplies | 12,551. |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | 25,101. |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 25,101. |

## Part IV — Information on Your Vehicle.

Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year) _____

44  Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

   **a** Business 0      **b** Commuting (see instructions) 0      **c** Other 0

45  Was your vehicle available for personal use during off-duty hours?   [ ] Yes   [ ] No

46  Do you (or your spouse) have another vehicle available for personal use?   [ ] Yes   [ ] No

47a  Do you have evidence to support your deduction?   [ ] Yes   [ ] No

  **b**  If "Yes," is the evidence written?   [ ] Yes   [ ] No

## Part V — Other Expenses.

List below business expenses not included on lines 8-26, line 27b, or line 30.

| Description | Amount |
|---|---:|
| MANAGEMENT FEES TO RM WATER DAMAGE RESTORATION LTD | 3,790,550. |
| MERCEDES GLS AUTO EXP | 12,519. |
| MERCEDES GLE AUTO EXP | 13,119. |
| FORD F150 AUTO EXP | 8,932. |
| MATERIALS AND MARKETING FROM VISA SPARK | 77,411. |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a | **3,902,531.** |

UYA                        06/19/2025 01:15:06PM                        Schedule C (Form 1040) 2023

# SCHEDULE C (Form 1040)
Department of the Treasury
Internal Revenue Service

## Profit or Loss From Business
(Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.
Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment Sequence No. **09**

Name of proprietor: **KLODIAN BELEGU**

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): **WATER DAMAGE**

**B** Enter code from instructions:

**C** Business name. If no separate business name, leave blank.: **WATER DAMAGE SOLUTIONS OF NJ**

**D** Employer ID number (EIN) (see instr.): **86-1469023**

**E** Business address (including suite or room no.):
City, town or post office, state, and ZIP code:

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify)

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses . . . [X] Yes  [ ] No

**H** If you started or acquired this business during 2023, check here . . . [ ]

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions . . . [ ] Yes  [ ] No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . [ ] Yes  [ ] No

## Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . [ ] | 1 | 191,000. |
| 2 | Returns and allowances . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . | 3 | 191,000. |
| 4 | Cost of goods sold (from line 42) . . . | 4 | 5,441. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . | 5 | 185,559. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . | 7 | 185,559. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---:|---|---|---|---|---:|
| 8 | Advertising . . . | 8 | | 18 | Office expense (see instructions) . . . | 18 | 3,255. |
| 9 | Car and truck expenses (see instructions) . . . | 9 | | 19 | Pension and profit-sharing plans . . . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . . . | 10 | | | a Vehicles, machinery, and equipment . . . | 20a | |
| 11 | Contract labor (see instructions) . . . | 11 | | | b Other business property . . . | 20b | |
| 12 | Depletion . . . | 12 | | 21 | Repairs and maintenance . . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . | 13 | | 22 | Supplies (not included in Part III) . . . | 22 | 2,641. |
| | | | | 23 | Taxes and licenses . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | | a Travel . . . | 24a | |
| | | | | | b Deductible meals (see instructions) | 24b | |
| 15 | Insurance (other than health) . . . | 15 | 24,943. | 25 | Utilities . . . | 25 | |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) . . . | 26 | 149,745. |
| a | Mortgage (paid to banks, etc.) . . . | 16a | | 27a | Other expenses (from line 48) . . . | 27a | 655. |
| b | Other . . . | 16b | | | b Energy efficient commercial bldgs deduction (attach Form 7205) . . . | 27b | |
| 17 | Legal and professional services | 17 | | | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . | | | | | 28 | 181,239. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . | | | | | 29 | 4,320. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | | 31 | 4,320. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a [X] All investment is at risk. 32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.

UYA

Schedule C (Form 1040) 2023

06/19/2025 01:15:06PM

Schedule C (Form 1040) 2023        KLODIAN BELEGU                                                      Page **2**

### Part III — Cost of Goods Sold (see instructions)

| 33 | Method(s) used to value closing inventory: | **a** [X] Cost | **b** [ ] Lower of cost or market | **c** [ ] Other (attach explanation) |

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | 5,441. |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 5,441. |
| 41 | Inventory at end of year | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 5,441. |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)  _____

44  Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

   **a** Business  0         **b** Commuting (see instructions)  0         **c** Other  0

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . [ ] Yes  [ ] No
46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . [ ] Yes  [ ] No
47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No
  b If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

### Part V — Other Expenses.
List below business expenses not included on lines 8-26, line 27b, or line 30.

| BANK FEES | 655. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| 48 | Total other expenses. Enter here and on line 27a | 48 | 655. |

UYA                               06/19/2025 01:15:06PM                         Schedule C (Form 1040) 2023

| SCHEDULE C<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | Profit or Loss From Business<br>(Sole Proprietorship)<br>Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.<br>Go to *www.irs.gov/ScheduleC* for instructions and the latest information. | OMB No. 1545-0074<br>**2023**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| KLODIAN BELEGU | |

| A | Principal business or profession, including product or service (see instructions)<br>DRAIN CLEANING | B Enter code from instructions |
|---|---|---|
| C | Business name. If no separate business name, leave blank.<br>SEWER MAN | D Employer ID number (EIN) (see instr.)<br>86-1420983 |
| E | Business address (including suite or room no.)<br>City, town or post office, state, and ZIP code | |
| F | Accounting method:    (1) [X] Cash    (2) [ ] Accrual    (3) [ ] Other (specify) | |
| G | Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses | [X] Yes  [ ] No |
| H | If you started or acquired this business during 2023, check here | [ ] |
| I | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions | [ ] Yes  [ ] No |
| J | If "Yes," did you or will you file required Form(s) 1099? | [ ] Yes  [ ] No |

**Part I    Income**

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked | [ ] | 1 | |
|---|---|---|---|---|
| 2 | Returns and allowances | | 2 | |
| 3 | Subtract line 2 from line 1 | | 3 | 0. |
| 4 | Cost of goods sold (from line 42) | | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | | 5 | 0. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | | 7 | 0. |

**Part II    Expenses.** Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising | 8 | 172. | 18 | Office expense (see instructions) | 18 | 326. |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| | | | | b | Deductible meals (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 | |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (from line 48) | 27a | 323. |
| b | Other | 16b | | b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |
| 17 | Legal and professional services | 17 | | | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | | | | | 28 | 821. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | -821. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | | | | | 31 | -821. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a [X] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.                    Schedule C (Form 1040) 2023
UYA
                                06/19/2025 01:15:06PM

Schedule C (Form 1040) 2023      KLODIAN BELEGU                                                      Page **2**

### Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 |
| 38 | Materials and supplies | 38 |
| 39 | Other costs | 39 |
| 40 | Add lines 35 through 39 | 40 |
| 41 | Inventory at end of year | 41 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 0. |

### Part IV  Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)  _____

44  Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

 **a** Business 0      **b** Commuting (see instructions) 0      **c** Other 0

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . ☐ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

 **b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8-26, line 27b, or line 30.

| | |
|---|---:|
| BANK FEE | 323. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on line 27a | 48 | 323. |

UYA                                 06/19/2025 01:15:06PM                              Schedule C (Form 1040) 2023