IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rooterman, LLC<br><br>*Plaintiff,*<br>v.<br><br>Klodian Belegu, Quality Air Care Corporation, RM Water Damage Restoration LTD and 911 Sewer & Drain Corporation.<br>*Defendants,*<br><br>Sandro Paterno, Paterno & Associates and 911 Plumbing & Restoration Inc.<br><br>*Reach and Apply Defendants.* | Civil Action No. 1:24-cv-13015 |

## NOTICE OF APPEARANCE AS COUNSEL

    Now comes Hannah N. Konowitz, Esq., Kerstein and Konowitz Law Group, LLP and hereby files notice of her Appearance as Counsel for Sandro Paterno, Paterno & Associates and 911 Plumbing & Restoration Inc., Defendants in the above- entitled matter.

                                                               Defendants,
                                                               Sandro Paterno,
                                                               Paterno & Associates and 911
                                                               Plumbing & Restoration Inc.
                                                               By their attorney,

                                                               */s/ Hannah N. Konowitz*

                                                               Hannah N. Konowitz, Esq.
                                                               BBO # 704592
                                                               Kerstein and Konowitz Law Group, LLP
                                                               20 Walnut St, Suite 201
                                                               Wellesley, MA 02481
                                                               (781) 705- 2352
                                                               EMAIL:  hkonowitz@kandklg.com

DATE:        August 19, 2025

## CERTIFICATE OF SERVICE

    I, Hannah N. Konowitz, Esq., hereby certify that a true copy of the above document was served electronically upon the attorneys of record for each other party on August 19th, 2025, as a registered ECF participant.

    Signed under the penalties of perjury this 19th day of August, 2025

/s/ Hannah N. Konowitz

Hannah N. Konowitz, Esq.