# **EXHIBIT B**

*U.S. P.T.O. Registration Certificate for Reg. No. 3,859,654*

# United States of America
### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 3,859,654** | A CORP. (MASSACHUSETTS CORPORATION), DBA ROOTER MAN<br>268 RANGEWAY ROAD |
| **Registered Oct. 12, 2010** | NORTH BILLERICA, MA 01862 |
| **Int. Cl.: 37** | FOR: DRAIN AND SEWER CLEANING AND ROOTERING SERVICES; DRAIN CLEANING SERVICES; PLUMBING CONTRACTOR SERVICES; PLUMBING SERVICES; SEPTIC TANK CLEANING; SEPTIC TANK PUMPING AND CLEANING, IN CLASS 37 (U.S. CLS. 100, 103 AND 106). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 2-22-1978; IN COMMERCE 6-12-1981. |

OWNER OF U.S. REG. NOS. 1,654,512, 1,655,782, AND 2,433,386.

THE COLOR(S) RED, WHITE, AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ROOTER", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDING "ROOTER MAN" IN STYLIZED AND UPPER-CASE LETTERS AS DEMONSTRATED IN THE SAMPLE. THE LETTERS IN THE WORD "ROOTER" ARE IN SOLID RED. THE LETTERS IN WORD "MAN" ARE BLUE LINED AROUND THE WHITE LETTERS. THE TWO WORDS ARE CONNECTED BY A BLUE DOT.

SER. NO. 77-923,448, FILED 1-29-2010.

MARC LEIPZIG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office