# **EXHIBIT C**

*U.S. P.T.O. TSDR Summary*

*for Serial No. 73456290*

# **EXHIBIT C**

*U.S. P.T.O. TSDR Summary*

*for Serial No. 73456290*



|  |  |
|---|---|
| Attorney Name: | KEVIN J. HOPPER |

**Correspondent**

|  |  |
|---|---|
| Correspondent Name/Address: | KEVIN J HOPPER<br>DOUGLAS, PETTIT AND HOPPER CO<br>228 MILL ST<br>MILFORD, OHIO UNITED STATES 45150 |

**Domestic Representative - Not Found**

▾ **Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 1985 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE |  |
| Mar. 13, 1985 | NON-FINAL ACTION MAILED |  |
| May 07, 1984 | LETTER OF SUSPENSION MAILED |  |
| Apr. 27, 1984 | ASSIGNED TO EXAMINER |  |

▾ **TM Staff and Location Information**

**TM Staff Information**

| TM Attorney: |  | Law Office Assigned: | data usage |
|---|---|---|---|

**File Location**

| Current Location: | FILE REPOSITORY (FRANCONIA) | Date in Location: | Oct. 10, 1985 |
|---|---|---|---|

▾ **Assignment Abstract Of Title Information - None recorded**

▾ **Proceedings - None recorded**