

EXHIBIT
A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rooterman, LLC ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| Klodian Belegu, Quality Air Care ) | Civil Action No. 1:24-cv-13015 |
| Corporation, RM Water Damage ) | |
| Restoration LTD and 911 Sewer & Drain ) | |
| Corporation. ) | |
| *Defendants,* ) | |
| ) | |
| Sandro Paterno, Paterno & Associates and ) | |
| 911 Plumbing & Restoration Inc. ) | |
| ) | |
| *Reach and Apply Defendants.* ) | |

**RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO 911 PLUMBING & RESTORATION INC**

**Request No. 1.** *All purchase agreements, contracts, arrangements, deals, bills of sales, asset transfer documents, payment records and related materials, as well as any communications reflecting such, concerning the sale, transfer and/or assignment of any business or business assets between You and any of the Defendants from January 1, 2025 to present.*

**Response to Request No. 1.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional

conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants further state that the only

document that may fall under this request is the "Asset Sale Agreement," Dated April 15, 2025,

which is already a part of the record in this matter. *See EFC  108 Exhibit No. 4*

**_Request No. 2._** *All documents concerning Defendants' financials at the time of the sale, transfer and/or assignment of any business or business assets between You and any of the Defendants, 5 including but not limited to, any valuations, appraisals, analyses, financial due diligence materials or other assessments.*

**Response to Request No. 2.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno &

Associates have served as counsel to Defendants. Defendants have not had an opportunity to

review any documents in the possession of the Reach and Apply Defendants that may be

responsive to this request. To the extent that any such documents exist, such documents may

contain information that is protected by attorney-client privilege, work-product privilege,

attorney mental impressions, and/or are other confidential per the applicable rules of professional

conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants further state that, after a

diligent search, no such documents exist in their possession.

**_Request No. 3._** *Copies of any and all documents received from Defendants, or any of their employees, attorneys, business associates or agents in connection to the sale, transfer, and/or assignment of any business or business assets between You and any of the Defendants from January 1, 2025 to present, including but not limited to customer lists, customer records, vendor lists, employee records, receipts, trademarks, profit and loss statements, balance sheets, accounts receivables, inventory records, marketing materials, and website materials.*

**Response to Request No. 3**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants state that after diligent search, no such documents exist.

***Request No. 4.*** *All communications (including, but not limited to, e-mails, text messages and letters) between You and any of the Defendants, or any of their employees, attorneys, business associates or agents, concerning the potential and actual sale, transfer, and/or assignment of any business or business assets from January 1, 2025 to present.*

**Response to Request No. 4.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants state that after diligent search, no such documents exist.

***Request No. 5.*** *All documents and communications identifying any representative who acted on your behalf concerning the sale, transfer or assignment of assets to You from any of the Defendants.*

**Response to Request No. 5.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants state that after diligent search, no such documents exist.

***Request No. 6.*** *All communications (including, but not limited to, e-mails, text messages and letters) between You and any other person who is not a Defendant, concerning the potential and actual sale, transfer, and/or assignment of any business or business assets between the Reach and Apply Defendants and Defendants from January 1, 2025 to present.*

**Response to Request No. 6.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege,

attorney mental impressions, and/or are other confidential per the applicable rules of professional

conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants state that after diligent search,

no such documents exist.

**_Request No. 7._** *Any and all documents, including but not limited to payroll records, business filings, and W-2s, which identify all employees, independent contractors, managers, officers, directors, business associates, or other individuals involved in the operation of Your business.*

**Response to Request No. 7.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno &

Associates have served as counsel to Defendants. Defendants have not had an opportunity to

review any documents in the possession of the Reach and Apply Defendants that may be

responsive to this request. To the extent that any such documents exist, such documents may

contain information that is protected by attorney-client privilege, work-product privilege,

attorney mental impressions, and/or are other confidential per the applicable rules of professional

conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants direct the plaintiffs to the

attached privilege log.

**_Request No. 8._** *Copies of any leases, transfer agreements, deeds or sale agreements for any of Your business assets or liabilities, including office location(s), storage or warehouse location(s), equipment(s), or vehicle(s) between You, or any of Your employees, owners, directors, business associates, or agents, and any other person, from January 1, 2025, to present.*

**Response to Request No. 8**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno &

Associates have served as counsel to Defendants. Defendants have not had an opportunity to

review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants state that after diligent search, no such documents exist.

**_Request No. 9._** *All documents, including any invoices, bills, receipts, or statements, from any service provider, vendor, and/or contractor for services rendered to You or on Your behalf from January 1, 2025, to present.*

**Response to Request No. 9.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants state that after diligent search, no such documents exist.

**_Request No. 10._** *All documents concerning or reflecting Your customer base, including customer lists, customer records, and service agreements created, obtained or modified since January 1, 2025, to present.*

**<u>Response to Request No. 10.</u>**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege,  Reach and Apply Defendants direct the plaintiff to the attached privilege log.

**<u>*Request No. 11*</u>** *All invoices, billing records, and statements concerning services performed for any of Your customers, or any of Your employees, independent contractors, subcontractors, or vendors from April 11, 2025, to present, including the nature of the service(s) performed, the date(s) of service, and the location(s) of service.*

**<u>Response to Request No. 11.</u>**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants state that no such documents exist in their possession, custody, or control.

***Request No. 12.*** *All records, invoices, receipts and communications (including, but not limited to, emails, text messages and letters) which reflect payments received for services performed by You, or any of Your employees, independent contractors, subcontractors, or vendors to any customer from January 1, 2025, to present, including any payments received from any other source.*

**Response to Request No. 12.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants direct plaintiff to the attached privilege log.

***Request No. 13.*** *All documents, including bank account statements, income statements, expense reports, balance sheets, statements of cash flows, profit and loss statements, financial ledgers and related materials, reflecting the business finances of 911 Plumbing & Restoration from January 1, 2025, to present.*

**Response to Request No. 13.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may

contain information that is protected by attorney-client privilege, work-product privilege,

attorney mental impressions, and/or are other confidential per the applicable rules of professional

conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants direct plaintiff to the attached

privilege log.

**_Request No. 14._** *Copies of all corporate tax returns for 911 Plumbing & Restoration, including all schedules and tax estimates, filed from January 1, 2025, to present.*

**Response to Request No. 14.**
Reach and Apply Defendants state that after diligent search, no such documents exist.

**_Request No. 15._** *Copies of all W-2s and 1099s issued for workers and contractors of 911 Plumbing & Restoration for 2025.*

**Response to Request No. 15.**

Reach, and Apply Defendants direct the plaintiff to the attached privilege log. While defendants did not raise a specific objection here, they did raise an objection to Request No. 7, which asked for the same documentation, specifically W-2's. Reach and Apply Defendant objects to the extent the request requires the disclosure of personally identifying information of unrelated parties without a protective order or appropriate redactions.

**_Request No. 16._** *All documents (including, but not limited to e-mails, text messages, letters and mock-ups) concerning marketing, advertising, or promotional materials You use in running your business, including print advertisements, digital marketing materials, websites, and social media content, from January 1, 2025, to present.*

**Response to Request No. 16.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno &

Associates have served as counsel to Defendants. Defendants have not had an opportunity to

review any documents in the possession of the Reach and Apply Defendants that may be

responsive to this request. To the extent that any such documents exist, such documents may

contain information that is protected by attorney-client privilege, work-product privilege,

attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same.

Notwithstanding and without waiving said privilege, Reach and Apply Defendants state that no such documents exist in their possession, custody or control.

***Request No. 17.*** *Any and all contracts, agreements, assignments and releases between You and Klodian Belegu concerning Your use of the trademark and/or trade name for "911 Sewer & Drain" (USPTO# 99026936) for the duration of time while such mark was duly registered with the United States Patent and Trademark Office, or otherwise from April 1, 2025, to present.*

**Response to Request No. 17.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same.

Notwithstanding and without waiving said privilege, Reach and Apply Defendants state that after diligent search that no such documents exist, further Reach and Apply Defendants deny the use of the trade mark "911 Sewer Drain."

***Request No. 18.*** *All Communications between you and Andrew Madore, or any person at any company owned by Andrew Madore, from April 1, 2025 to the present.*

**Response to Request No. 18.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants further state that, after a diligent search, no such documents exist in their possession.

**_Request No. 19._** _All Communications between you and Edison Qose, or any person at any company owned by Edison Qose, from April 1, 2025, to the present._

**Response to Request No. 19.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants further state that, after a diligent search, no such documents exist in their possession.

By their Counsel

Dated: February 27, 2026

*/s/ Jessica Joan Landry*
Jessica Joan Landry, Esq.
BBO# 711325
Ivy Law P.C.
2 Oliver Street, Suite 602
Boston, MA 02109
Phone: (617) 209-9944
jlandry@ivylawma.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on the Plaintiff via email on February 27, 2026.

Jessica Joan Landry

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Rooterman, LLC | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Klodian Belegu, Quality Air Care | ) |
| Corporation, RM Water Damage | ) Civil Action No. 1:24-cv-13015 |
| Restoration LTD and 911 Sewer & Drain | ) |
| Corporation. | ) |
| *Defendants,* | ) |
| | ) |
| Sandro Paterno, Paterno & Associates and | ) |
| 911 Plumbing & Restoration Inc. | ) |
| | ) |
| *Reach and Apply Defendants.* | ) |
| | ) |

## RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO SANDRO PATERNO AND PATERNO & ASSOCIATES

**<u>*Request No. 1.*</u>** *All purchase agreements, contracts, arrangements, deals, bills of sales, asset transfer documents, payment records, debt assumptions and related materials, as well as any communications reflecting such, concerning the sale, transfer and/or assignment of any business or business assets between You and any of the Defendants from January 1, 2025 to present.*

## <u>Response to Request No. 1.</u>

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants further state that the only document that may fall under this request is the "Asset Sale Agreement," Dated April 15, 2025, which is already a part of the record in this matter. *See EFC – 108 Exhibit 4*

**_Request No. 2._** *All documents concerning Defendants' financials at the time of the sale, transfer and/or assignment of any business or business assets between You and any of the Defendants, including but not limited to, any valuations, appraisals, analyses, financial due diligence materials or other assessments.*

**Response to Request No. 2.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants further state that, after a diligent search, no such documents exist in their possession.

**_Request No. 3._** *Copies of any and all documents received from Defendants, or any of their employees, attorneys, business associates, or agents in connection to the sale, transfer, and/or assignment of any business or business assets between You and any of the Defendants from January 1, 2025 to present, including but not limited to customer lists, customer records, vendor lists, employee records, receipts, trademarks, copyrights, other intellectual property, financial records, profit and loss statements, balance sheets, accounts receivables, inventory records, marketing materials, social media accounts, phone numbers, domains or website materials.*

**Response to Request No. 3.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants further state that no such documents exist.

**_Request No. 4._** *All communications (including, but not limited to, e-mails, text messages and letters) between You and any of the Defendants, or any of their employees, attorneys, business associates, or agents, concerning the potential and actual sale, transfer, and/or assignment of any business or business assets from January 1, 2025 to the date of sale of assets to You.*

**Response to Request No. 4.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants further state that, after a diligent search, no such documents exist in their possession.

**_Request No. 5._** *All communications (including, but not limited to, e-mails, text messages and letters) between You and any of the Defendants, or any of their employees, attorneys, business associates, or agents, concerning the potential and actual sale, transfer, and/or assignment of any business or business assets from the date of sale of assets to You to the present date.*

**Response to Request No. 5**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants further state that, after a diligent search, no such documents exist in their possession.

**_Request No. 6._** *All documents and communications identifying any representative who acted on your behalf concerning the sale of assets to you from any of the Defendants.*

**Response to Request No. 6**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege,

attorney mental impressions, and/or are other confidential per the applicable rules of professional

conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Reach and Apply

Defendants further state that, after a diligent search, no such documents exist in their possession.

***Request No. 7.*** *All communications (including, but not limited to, e-mails, text messages and letters) between You and any other person who is not a Defendant, concerning the potential and actual sale, transfer, and/or assignment of any business or business assets between the Reach and Apply Defendants and Defendants from January 1, 2025, to present.*

**Response to Request No. 7.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno &

Associates have served as counsel to Defendants. Defendants have not had an opportunity to

review any documents in the possession of the Reach and Apply Defendants that may be

responsive to this request. To the extent that any such documents exist, such documents may

contain information that is protected by attorney-client privilege, work-product privilege,

attorney mental impressions, and/or are other confidential per the applicable rules of professional

conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants further state that, after a

diligent search, no such documents exist in their possession.

***Request No. 8.*** *Copies of all engagement letters, agreements, agreement renewals, billing records, and invoices, which purport to show Your role as an attorney for any of the Defendants from January 1, 2019 to present.*

**Response to Request No. 8**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno &

Associates have served as counsel to Defendants. Defendants have not had an opportunity to

review any documents in the possession of the Reach and Apply Defendants that may be

responsive to this request. To the extent that any such documents exist, such documents may

contain information that is protected by attorney-client privilege, work-product privilege,

attorney mental impressions, and/or are other confidential per the applicable rules of professional

conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants direct the plaintiff to the

attached privilege log.

***Request No. 9.*** *Any and all documents which concern payments received for legal services furnished by You to any of the Defendants (including, but not limited to, Water Damage Restoration LTD., f/k/a RM Water Damage Restoration LTD. and Klodian Belegu) from January 1, 2024 to present.*

## Response to Request No. 9

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno &

Associates have served as counsel to Defendants. Defendants have not had an opportunity to

review any documents in the possession of the Reach and Apply Defendants that may be

responsive to this request. To the extent that any such documents exist, such documents may

contain information that is protected by attorney-client privilege, work-product privilege,

attorney mental impressions, and/or are other confidential per the applicable rules of professional

conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants further state that, after a

diligent search, no such documents exist in their possession.

***Request No. 10.*** *Any and all invoices, receipts, account statements and charges for legal services furnished by You to any of the Defendants (including, but not limited to, Water Damage Restoration LTD., f/k/a RM Water Damage Restoration LTD. and Klodian Belegu) from January 1, 2024 to present.*

**Response to Request No. 10.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege,  Reach and Apply Defendants further state that, after a diligent search, no such documents exist in their possession.

**_Request No. 11._** _Any and all conflict waivers, releases, disclaimers or related materials concerning the potential and actual sale, transfer, and/or assignment of any business or business assets between You and any of the Defendants from January 1, 2025, to present._

**Response to Request No. 11.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants further state that, after a diligent search, no such documents exist in their possession.

***Request No. 12.*** *Any business, customer or financial records of any of the Defendants that are in Your possession and dated after January 1, 2022.*

**Response to Request No. 12.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional conduct. Defendants have objected to their production. The privilege belongs to Defendants, not to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and without waiving said privilege, Reach and Apply Defendants further state that, after a diligent search, no such documents exist in their possession.

***Request No. 13.*** *All Communications between you and Andrew Madore, or any person at any company owned by Andrew Madore, from April 1, 2025, to the present.*

**Response to Request No. 13.**

DEFENDANTS' OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have served as counsel to Defendants. Defendants have not had an opportunity to review any documents in the possession of the Reach and Apply Defendants that may be responsive to this request. To the extent that any such documents exist, such documents may contain information that is protected by attorney-client privilege, work-product privilege, attorney mental impressions, and/or are other confidential per the applicable rules of professional

conduct. Defendants have objected to their production. The privilege belongs to Defendants, not

to the Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding

and without waiving said privilege, Reach and Apply Defendants further state that, after a

diligent search, no such documents exist in their possession.

***Request No. 14.*** *All Communications between you and Edison Qose, or any person at any*
*company owned by Edison Qose, from April 1, 2025, to the present.*

**Response to Request No. 14.**

OBJECTION: Reach and Apply Defendants Sandro Paterno and Paterno & Associates have

served as counsel to Defendants. Defendants have not had an opportunity to review any

documents in the possession of the Reach and Apply Defendants that may be responsive to this

request. To the extent that any such documents exist, such documents may contain information

that is protected by attorney-client privilege, work-product privilege, attorney mental

impressions, and/or are other confidential per the applicable rules of professional conduct.

Defendants have objected to their production. The privilege belongs to Defendants, not to the

Reach and Apply Defendants, who are not permitted to waive the same. Notwithstanding and

without waiving said privilege, Reach and Apply Defendants direct the plaintiff to the attached

privilege log.


                                          By their Counsel


Dated: February 27, 2026              */s/ Jessica Joan Landry*
                                      Jessica Joan Landry, Esq.
                                      BBO# 711325
                                      Ivy Law P.C.
                                      2 Oliver Street, Suite 602
                                      Boston, MA 02109
                                      Phone: (617) 209-9944
                                      jlandry@ivylawma.com

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that the foregoing has been served on the Plaintiff via email on February 27, 2026.

Jessica Joan Landry