EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Rooterman, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>Klodian Belegu, Quality Air Care Corporation, RM Water Damage Restoration LTD and 911 Sewer & Drain Corporation.<br>*Defendants,*<br><br>Sandro Paterno, Paterno & Associates and 911 Plumbing & Restoration Inc.<br><br>*Reach and Apply Defendants.* | Civil Action No. 1:24-cv-13015 |

## REACH AND APPLY DEFENDANTS' PRIVILEGE LOG

| | | |
|---|---|---|
| Paterno Request No. 8 | Representation Agreement between Paterno and Associates and the Defendants | Objection of the Defendant to whom the attorney client privilege belongs.<br>Reach and Apply Defendants further object on the basis of Attorney client privilege. This document outlines the scope of services between the Defendants and the reach and apply defendants. |
| Paterno Request No. 14 and 911 PR Request No. 19 | Text messages between Edison Qose and Sandro Paterno | Objection of the Defendant to whom the attorney client privilege belongs.<br>Reach and Apply Defendants further object on the basis of Attorney client privilege. This document contains discussions between a manager of a business that a Reach and Apply Defendant represents. |
| 911 PR Request No 7 | Email Dated Dec 11, 2025 from Elona to Sandro | Objection of the Defendant to whom the attorney client privilege belongs. |
| 911 PR Request No. 7 | Email Dated February 2, 2026 from Sandro to Elona | Objection of the Defendant to whom the attorney client privilege belongs. |
| 911 PR Request No. 7 | Employees W2 | Objection of the Defendant to whom the attorney client privilege belongs. |

| | | |
|---|---|---|
| and Request No. 15 | | Reach and Apply Defendants note that Defendant Raised no objection to request No. 15, however the same material was requested pursuant to request no. 7 to which the Defendants did object. |
| 911 PR Request No. 7 | 911 PR 1099 List | Objection of the Defendant to whom the attorney client privilege belongs. |
| 911 PR Request no.10 | List of Amounts Billed to Customers in 2025 | Objection of the Defendant to whom the attorney client privilege belongs. Reach and Apply Defendants further object as this document was prepared in response to a request from Counsel. |
| 911 PR Request No. 10 | Email Dated Oct. 17, 2025 from Dee Mergogey of 911 PR to Sandro Paterno | Objection of the Defendant to whom the attorney client privilege belongs. |
| 911 PR Request No. 12 and 13 | Statements for bank account ending in 7729 | Objection of the Defendant to whom the attorney client privilege belongs. |
| 911 PR Request No. 12 and 13 | Recap of Bank Statements for Account ending in 7729 | Objection of the Defendant to whom the attorney client privilege belongs. Reach and Apply Defendants further objects as this document was prepared in response to a request from Counsel. |
| Request PR No. 13 | Credit Card Statements account ending in 93 | Objection of the Defendant to whom the attorney client privilege belongs. |
| 911 PR Request No. 13 | Bank Statements IOLTA Account ending in 0076 | Objection of the Defendant to whom the attorney client privilege belongs. |

By their Counsel

Dated: February 27, 2026

*/s/ Jessica Joan Landry*
Jessica Joan Landry, Esq.
BBO# 711325
Ivy Law P.C.
2 Oliver Street, Suite 602
Boston, MA 02109
Phone: (617) 209-9944
jlandry@ivylawma.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on the Plaintiff via email on February 27, 2026.

Jessica Joan Landry