*New Jersey Division of Revenue & Enterprise Services*
*Certificate Of Amendment To The Certificate Of Incorporation By The Incorporator(s)*
*NJSA 14A:9-1 et seq.*
*New Jersey Profit Corporation Act*

```
                                    State of New Jersey
                                    Department of the Treasury
                                    Division of Revenue & Enterprise Services
                                    Business Amendments
                                            Filed

                                    Validation Number: 4282814930
                                         06/12/25 10:47:53

                                    Verify this certificate online at
                           https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp
```

**EXHIBIT C**

The Undersigned Incorporator(s), for the purpose of amending the original Certificate of Incorporation, does (do) hereby execute the following Certificate of Amendment, pursuant to the provisions of NJSA 14A:9-1 et seq..

1. Name of Corporation: 911 PLUMBING AND RESTORATION INC.

2. Corporation Number: 0451272526

3. Amendments:

    Article 13, the Officers and Directors are amended to the following:

        SANDRO PATERNO, OTHER
        58 WOODSHILL DRIVE SOUTH
        LAKEWOOD, NJ 08701

        EDISON QOSE, VICE PRESIDENT
        143 PINE BROOK ROAD
        LINCOLN PARK, NJ 07035

4. The foregoing amendment was adopted by the unanimous consent of the Incorporator(s) before the organization meeting of the first Board of Directors/Trustees.


The undersigned represent(s) that this filing complies with State law as detailed in NJSA 14A:9-1 et seq. and that they are authorized to sign this form on behalf of the NJ Domestic For-Profit Corporation on June 12, 2025.

**Signature**

SANDRO PATERNO