**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Rooterman, LLC | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) |
| | ) |
| Klodian Belegu, Quality Air Care | ) |
| Corporation, RM Water Damage | ) |
| Restoration LTD and 911 Sewer & Drain | ) Civil Action No. 1:24-cv-13015 |
| Corporation. | ) |
| *Defendants,* | ) |
| | ) |
| Sandro Paterno, Paterno & Associates and | ) |
| 911 Plumbing & Restoration Inc. | ) |
| | ) |
| *Reach and Apply Defendants.* | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO PATERNO DEFENDANTS AND WITHDRAWAL WITH PREJUDICE OF**
**PENDING AMENDMENTS AS TO QOSE PARTIES AND PATERNO DEFENDANTS**

Plaintiff Rooterman, LLC ("Plaintiff") and reach and apply defendants Sandro Paterno,

Paterno & Associates, and 911 Plumbing & Restoration Inc. (together, the "Paterno

Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted by Plaintiff against

the Paterno Defendants in this action are dismissed with prejudice, with each party to bear its

own costs and attorneys' fees.

2.      Plaintiff further withdraws with prejudice

   a.  its pending motion to amend its complaint and proposed third amended

       complaint (ECF-163) with proposed amendments related to the Paterno

       Defendants, and which also seeks to add as defendants Edison Qose, EDD

#12482230v1

General Construction, and 911 Water Damage to this case (together, the "Qose

Parties") and assert claims against the Qose Parties; and

     b.   its pending motion for sanctions against the Paterno Defendants (ECF-164)

    3.     For avoidance of doubt, this Stipulation does not apply to or affect Plaintiff's

current and pending claims against Klodian Belegu and his entities, which remain pending.

Dated: June 9, 2026

RESPECTFULLY SUBMITTED,

For Plaintiff Rooterman, LLC:

By: _*Jeffrey M. Rosin*_____

Jeffrey Rosin
O'Hagan Meyer, PLLC
140 Kendrick Street,
Building C West, 2d Floor
Needham, MA 02492
jrosin@ohaganmeyer.com

For Reach and Apply Defendants
Sandro Paterno,
Paterno & Associates, and
911 Plumbing & Restoration Inc.:

By: *Jessican Joan Landry (with permission)*
Jessica Joan Landry
Ivy Law P.C.
2 Oliver Street, Suite 602
Boston, MA 02109
jlandry@ivylawma.com

#12482230v1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 9th day of June 2026, this stipulation was electronically filed, and notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

I also certify that a copy of this motion has been emailed to *pro se* Defendant Klodian Belegu:

Klodian Belegu
692 Sussex Ct
Toms River, NJ 08753
qacpic@gmail.com

*/s/ Jeffrey M. Rosin*
Jeffrey M. Rosin

3
#12482230v1